**Fill in this information to identify the case:**

Debtor name __Pearl Resources LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __20-_____-11__

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Allied OFS, LLC<br>c/o Lesa Carter<br>BJ Services, LLC<br>11211 FM 2920<br>Tomball, Texas 77375 | Basheer Y. Ghorayeb<br>(214) 543-6433<br>bghorayeb@winston.com | professional services | contingent, unliquidated, and disputed | | | $3,346,349.53 |
| 2 | Nabors Drilling Technologies USA, Inc.<br>515 West Greens Rd., Ste. 1000<br>Houston, Texas 77067 | Carl Dore, Jr.<br>(281) 829-1555<br>cdore@dorelaw.com | | contingent, unliquidated, and disputed | | | $420,258.10 |
| 3 | RH Trucking LLC<br>Ricardo & Adelaida Huitron<br>3018 S. County Rd. 1200<br>Midland, Texas 79706 | | | contingent, unliquidated, and disputed | | | $352,052.50 |
| 4 | Calvary Energy Services, Inc.<br>1400 S. Fairgrounds<br>Midland, Texas 79701 | Franklin H. McCallum<br>(432) 682-3288 | | contingent, unliquidated, and disputed | | | $190,864.00 |
| 5 | Von Directional Services, LLC<br>12074 FM 3083<br>Conroe, Texas 77301 | William R. Sudela<br>(713) 739-7007<br>wsudela@cjmhlaw.com | | contingent, unliquidated, and disputed | | | $171,583.44 |
| 6 | Transcon Capital, LLC<br>P.O. Box 54206<br>Lubbock, Texas 79453 | Andrew B. Curtis<br>(806) 319-8520<br>andrew@bigbeecurtislaw.com | | Disputed | | | $122,213.87 |
| 7 | Maverick Oil Tools LLC<br>3907 County Rd. 1162 N.<br>Midland, Texas 79705 | Jason Hamm<br>Hamm French, PLLC<br>(432) 375-6060 | | contingent, unliquidated, and disputed | | | $107,203.00 |
| 8 | Pilot Thomas Logistics, LLC<br>777 Main Street, Suite 2000<br>Fort Worth, Texas 76102 | Duane G. Crocker, P.C.<br>(361) 574-8898<br>dcrocker@duanecrockerlaw.com | | contingent, unliquidated, and disputed | | | $93,949.17 |

Debtor    Pearl Resources LLC
          _____
          Name

Case number (*if known*)__20-_____-11_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Charger Services, LLC 23 W. Industrial Loop Midland, Texas 79701 | Jad Davis (432) 687-0011 jadavis@dgclaw.com | | Disputed | | | $86,632.19 |
| 10 | Vaquero Oilfield Services, LLC 414 Texas Ave., Suite 400 E. Midland, Texas 79701 | Franklin H. McCallum (432) 682-3288 | | contingent, unliquidated, and disputed | | | $33,168.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2