## Schedule 46

| Item Number | Description | Cost | |
|---|---|---|---|
| | PECOS COUNTY | | |
| | BLK 8  H&GN RY SURVEY | Tanks-Storage | | |
| | SEC 20 & 22 | 2-300 bbl steel | $ 11,000.00 | |
| 1 | SN-02319 mfg 95 Challenger Steel | $ 11,000.00 | |
| 1 | SN-02320 mfg 95 Challenger Steel | | |
| 1 | Vertical Separator | $ 8,000.00 | |
| | 30" OD x 10'  125 psi | | |
| | Dressed w/standard Operating controls | | |
| 1 | 250 bbl open top fiberglass water tank | $ 5,000.00 | |
| 1 | American 456 pumping unit | $ 11,000.00 | |
| | 456-320-120  SN-t30F120-44 4758 MFD 3-28-1980 | | |
| 3 | 25 KVA Transformer | $ 15,000.00 | |
| | 8 ft high game fence 1.42 miles with 2, 30-cantelevered gates installed in West Texas | $ 125,000.00 | |
| 1 | 4x20 Perman mfg heater 1-2" Daniel meter run SN-A216-607 | $ 2,000.00 | |
| 3 | Meter base and disconnect | $ 2,250.00 | |
| 3 | Siemans Control Panel and Stub pole | $ 2,250.00 | |
| 1 | E42 Ajax Engine SN 69356 | $ 28,000.00 | |
| 1 | 50 hp electric motor model #365TTD57086DV-W | $ 6,500.00 | |
| 1 | 6' x 24' API fiberglass gunbarrel | $ 10,000.00 | |
| | Serial # G9107-17 | | |
| | Tenaris molded guide Rods 100 + 96 + 11 + 96 + 105 + 11 + 100 2 Endurance Lift Solutions | $ 20,000.00 | |
| 2252 | 13 3/8" 68# J-55 BTC R-3 casin  (55 jts) | $ 67,560.00 | $30/ft |
| 2200 | 13 3/8" 48# J55 STC Casing | $ 66,000.00 | $30/jt |
| 5000 | 8 5/8" 32# J-55 LTC Casing | $ 55,000.00 | $11/ft |
| 11100 | 5 1/2" 23 # L-80 BTC Casing | $ 122,100.00 | $11/ft |
| 4638.96 | 8 5/8" 32# J-55 LTC Casing | $ 57,987.00 | $12/ft |
| 2048 | 2 3/8" 4.7# L-80 8rd Tubing | $ 3,584.00 | $1.30/ft |
| 12,200 | 2 7/8" 6.5# L-80 CS | $ 67,100.00 | $5.25/ft |
| 4,430 | 13 3/8" x 61# J55 Casing BTC | $ 199,350.00 | $45/ft |
| 2 | Mega Lined Pits, 660,000 bbls each | $ 255,000.00 | |
| | TOTAL | **$ 1,150,681.00** | |
| | Location caliche and preparation | $ 85,000.00 | |
| | Lined frac pit 140,000 bbl Sec 20 | $ 125,000.00 | |
| | Lined frac pit 40,000 bbl sec 22 | $ 85,000.00 | |
| | Fencing and  construction - 5-string & pole  15 miles install in West Texas  and 9 single and double gates | $ 255,000.00 | |
| 3 | Water Wells and Pumps with controllers in West Texas | $ 210,000.00 | |
| | Magnum 35 kw diesel generator w/trailer- SN 1108059 | $ 35,000.00 | |
| | Magnum 35 kw diesel generator w/trailer- SN 1111935 | $ 35,000.00 | |
| | Magnum 35 kw diesel generator w/trailer-  SN 1214849 | $ 35,000.00 | |
| | Fencing 35 15' gates in West Texas install | $ 150,000.00 | |
| | Easement Fencing Section 19.5 installed | $ 45,000.00 | |
| | Drilling pad and reserve pit GS 2211HD, rat hole & conductor, casing to 2,000 ft depth | $ 250,000.00 | |
| | Drilling pad and reserve pit GS 2021HA   rat hole & conductor, casing to 2,000 ft depth | $ 250,000.00 | |
| | Drilling pad and reserve pit GS 2022HA   rat hole & conductor, casing to 2,000 ft depth | $ 250,000.00 | |
| | Facility Pad at sec 22:  6.5 acres 6" caliche base | $ 35,000.00 | |
| | Garnet State #1 Mega Pad  10 acres with 6" caliche Base | $ 55,000.00 | |
| | Total 2 | $ 1,900,000.00 | |
| | **Total** | **$ 3,050,681.00** | |

**Pearl Resources LLC**
**Oil Lease Property & Crude Petroleum in Tanks**

| Owned Equipment | | | |
|---|---|---|---|
| Make/Model | Value | Location | Loss Payee |
| 3 Phase Separator - SN-U-1032  CO-157461  DT-157461 | $11,042 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2130111192 | $626 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-213010115 | $626 | Brandenburg #1 | |
| Dump Valve - Model -250-SMT-PB-PO-D/SN-2131491044 | $1,514 | Brandenburg #1 | |
| Dump Valve - Model -250-SMT-PB-PO-D/SN-2131491045 | $1,514 | Brandenburg #1 | |
| Pop off - SN- | $450 | | |
| Level Controllers | $625 | | |
| | | | |
| 2-Phase Separator - SN-301V | $6,349 | Brandenburg #1 | |
| 2-Phase Separator - SN-New | $8,500 | | |
| Dump Valve Kimray - Model - 225- SOA-D/SN-2122781778 | $650 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2130781796 | $626 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2130040399 | $626 | Brandenburg #1 | |
| Pop off - SN-808407 | $650 | | |
| | | | |
| Heater F34118  4x20 | $18,003 | Brandenburg #1 | |
| Dump Valve - 26SWA - SN-2131821082 | $234 | Brandenburg #1 | |
| Dump Valve - 26SWA - SN-2131821085 | $234 | Brandenburg #1 | |
| Backpress - Model - 230 - SGT-BP-D/SN-2132330265 | $626 | Brandenburg #1 | |
| Backpress - Model - 230 - SGT-BP-D/SN-213205024 | $626 | Brandenburg #1 | |
| Pop off - SN- | $650 | Brandenburg #2 | |
| Turbine Meter with readout | $1,250 | Brandenburg #3 | |
| Turbine Meter with readout | $1,250 | Brandenburg #4 | |
| | | | |
| Roper Pump - Figure - 10188/SN-G-765838 | $1,586 | Brandenburg #1 | |
| Cole Parmer pump | | | |
| Water Tank - G-5707-13 | $11,743 | Brandenburg #1 | |
| Water Tank - G-5658-13 | $11,742 | Brandenburg #1 | |
| | | | |
| Oil Tank - A-12037 | $13,237 | Brandenburg #1 | |
| Oil Tank - F-54477 | $14,873 | Brandenburg #1 | |
| | | | |
| Generator - Model - 2785130100  SN-2070178 | $9,000 | Brandenburg #1 | |
| | | | |
| Chemical Pumps - H34642 | $2,257 | Brandenburg #1 | |
| Chemical Pumps - h36407 | $8,481 | Brandenburg #1 | |
| Chemical Pumps - H36406 | $8,481 | Brandenburg #1 | |
| | | | |
| Motor Valve -Model - ABZ-E860SR/SN-CJ120223 | $5,000 | Brandenburg #1 | |
| | | | |
| Gas Lift Equipment GMC278-15L80PC  7" Nickel-plated/SS 314 Packer | $15,858 | Brandenburg #1 | |
| 2 7/8" installed tubing (212 joints) 0.217" wall L-80 6.5 #/ft  AB MOD threads and 2 7/8" tubing inventory (51 joints) | $90,000 | Brandenburg #1 | $5.12/ft |
| Installed PUP joints: 4' + 1' + 10'   and PUP joint inventory :  2', 6', 8' | $1,497 | Brandenburg #1 | |
| | | | |
| Backpress Valve 312 SGT | $626 | Brandenburg #1 | |
| **WELLHEAD EQUIPMENT** | | | |
| Gate Valves (Qty. 4) Part #710-000-29FSS | $10,825 | Brandenburg #1 | |
| Gate Valve w/ Actuator & Manual Override Part #710-000-25AC | $4,409 | Brandenburg #1 | |
| Adapter/Flange Part #706-000-75295B2NP | $1,283 | Brandenburg #1 | |
| Tee Studded Part #720-000-2925TNP | $1,396 | Brandenburg #1 | |
| Adapter/Flange Part #706-000-75710 | $7,887 | Brandenburg #1 | |
| Valve Gate  Part#710-000-7F5 | $8,389 | Brandenburg #1 | |
| Valve Gate (Qty.2) Part #710-000-11316 | $2,204 | Brandenburg #1 | |
| Choke | $3,547 | Brandenburg #1 | |
| **WELL EQUIPMENT** | | | |
| Tubing/Couplings/Joints (10,300') | $74,618 | Brandenburg #1 | |
| Casing (7" BTC) Inventory | $55,175 | Brandenburg #1 | |
| Casing (7" LTC)  Inventory | $240,273 | Brandenburg #1 | |
| Casing (7" x-over) | $1,304 | Brandenburg #1 | |
| Casing (5")  Inventory | $39,357 | Brandenburg #1 | |
| **FACILITY EQUIPMENT & SAFETY** | | | |
| Flare Stack | $32,000 | Brandenburg #1 | |
| Pipe Racks (Qty. 5 sets) | $32,475 | Brandenburg #1 | |
| Gate/Fencing Perimeter of 3 acre pad | $42,000 | Brandenburg #1 | |
| H2S Safety Equipment - 4- SCBA + NEMA 4x Alarm Controller | $29,388 | Brandenburg #1 | |
| Air cascade system - 4 3500 psi air cylinders | $6,505 | Brandenburg #1 | |
| PLC On Site Tank and H2S Real-time Call-out and Monitoring System | $41,770 | Brandenburg #1 | |
| 4 1-K-20-G chemical fire extinguishers | $2,099 | Brandenburg #1 | |
| VRU | $12,500 | Brandenburg #1 | |
| | | | |
| Pumping Unit concrete base and prime mover | $11,500 | Brandenburg #0 | |
| Pumping Unit  SLS 640-365-168 TH Shores Lift  Serial SLS14-1510 | $123,580 | Brandenburg #1 | |
| BELTS, SHEAVES, AND HUBS | $6,000 | Brandenburg #1 | |
| 50k LOAD CELL | $5,000 | Brandenburg #1 | |

**Pearl Resources LLC**
**Oil Lease Property & Crude Petroleum in Tanks**

| Owned Equipment | | | |
|---|---|---|---|
| Make/Model | Value | Location | Loss Payee |
| CB-36-O | $4,800 | Brandenburg #1 | |
| CHAT | $700 | Brandenburg #1 | |
| AJAX E42 RECONDITIONED | $31,500 | Brandenburg #1 | |
| TAPERED KD TENARIS SUCKER RODS (this one in well, other backup on location) | | | |
| 112  1" tenaris kd Sucker Rods 2/sht and guides | $25,000 | Brandenburg #1 | |
| 72  7/8" tenaris kd sucker rods w/fst and 2 guides | $12,250 | Brandenburg #1 | |
| 47 7/8" Tenaris KD sucker rods w/FST and no guides | $4,800 | Brandenburg #1 | |
| 74 3/4" Tenaris KD Sucker Rods w/FST and 2 guides | $8,500 | Brandenburg #1 | |
| 87 3/4" Tenaris KD Sucker Rods w/FST and no guides | $6,500 | Brandenburg #1 | |
| 8   3/4" Tenaris KD Sucker Rods w/FST and 4 guides | $1,500 | Brandenburg #1 | |
| 14 1.5" Class C sinker bars 2/3/4 FSC | $4,200 | Brandenburg #1 | |
| 1" 7/8" 3/4" pony rods set | $1,200 | | |
| 1" 7/8" 3/4" x-over couplings | $100 | | |
| Donnan DH Rod Pump  25-150-RHBC-24-6-0.5 HT BRNY MP upgraded | $6,500 | | |
| Tubing Anchor  7" x 2-7/8" with carbide slips | $5,700 | | |
| 1 1/2" x 22 polish rod w/1" pin | $200 | | |
| 1 1/2" x 1 3/4" x 16'Polish Rod liner | $220 | | |
| 3 bolt polish rod clamps | $194 | | |
| 3 stab bar 7/8" x 40" w/ 3/4" pin | $220 | | |
| Surface Well head hookup assy including stuffin box, pumping tee, nipples and valves all for H2S service | $5,000 | | |
| Rod Rotator | $1,500 | | |
| Right hand release back off CPLG | $250 | | |
| | | | |
| 49  7/8" tenaris kd sucker rods w/fst and 4 guides | $12,250 | Brandenburg #1 | |
| 47 7/8" Tenaris KD sucker rods w/FST and no guides | $4,800 | Brandenburg #1 | |
| 96 3/4" Tenaris KD Sucker Rods w/FST and 4 guides | $8,500 | Brandenburg #1 | |
| 78 3/4" Tenaris KD Sucker Rods w/FST and no guides | $6,500 | Brandenburg #1 | |
| 97 joints  2" lined pipe | $3,300 | | |
| 42 joints 2 78" tubing L-80 6.5# | $49,701 | | |
| | | | |
| 2 game cameras w/SD cards | $450 | | |
| | | | |
| Cargo Container - 8'x 40' | $4,250 | Brandenburg #1 | |
| Ajax DPC140 - compressor package | $85,000 | Brandenburg #1 | |
| Kimray pressure control valve | $950 | Brandenburg #1 | |
| Kimray pressure control valve | $950 | Brandenburg #1 | |
| Kimray pressure regulators | $550 | Brandenburg #1 | |
| Kimray pressure regulators | $550 | Brandenburg #1 | |
| Turbine Meter with readout | $1,250 | Brandenburg #1 | |
| Manual bypass valve - 2" globe valve | $650 | Brandenburg #1 | |
| | | | |
| Diesel Fuel Tank with Stand-500 gal | $995 | Brandenburg #1 | |
| Diesel Fuel Tank with Stand-500 gal | $995 | Brandenburg #1 | |
| Diesel Fuel Tank with Stand-500 gal | $995 | Brandenburg #1 | |
| Diesel Fuel | $1,000 | Brandenburg #2 | |
| Pipe, fittings, valving | $71,500 | Brandenburg #1 | |
| 8 ft game fencing with 15 ft cantilevered gate.1500 ft installed | $55,000 | Brandenburg #1 | |
| | | | |
| Overhead Static Lightening Protection | $10,802 | Brandenburg #1 | |
| | | | |
| Unit #1, Light Tower, Engine #D1005-1DW2749, Generator # 0001708463 | $8,450 | Brandenburg #1 Well - Pecos, TX | |
| Unit #2, Light Tower, Engine #D1005-1DW2746, Generator #0001708465 | $8,450 | Brandenburg #1 Well - Pecos, TX | |
| Road and gates across Sec 44 and 39.5 | $35,000 | Brandenburg #1 Well - Pecos, TX | |
| Total Flow Gas meter run (Fleaux Services) | $5,083 | Brandenburg #1 Well - Pecos, TX | |
| | | | |
| Total: | $1,545,286 | | |

**Crude Petroleum in Tanks Limit $55,000**            1000            55            55000