**Schedule 54**

Mineral Leases

    Legal Description: H&GN RR Pecos County, Block 8 various sections
1.     Section 40: E/2, 320 acres more or less
2.     Section 41: W/2, 320 acres more or less
3.     Section 42: ALL, 640 acres more or less
4.     Section 44: ALL, 640 acres more or less
5.     Section 20: 635,22 acres
6.     Section 22: 320 acres

    Total: $59,775,824*

Surface Ownership

    Legal Description: H&GN RR Pecos County, Block 8 Section 39.5
    6 acres - $60,000.00

Easement

    Legal Description: H&GN RR Pecos County, Block 8 various sections
1.     Section 13 – Pecos County 2016 – 144451 EA - $87,200
2.     Section 19.5 – Pecos County 2016 – 144452 EA – $27,800
3.     Section 21 – Pecos County 2018 – 155931 CC - $60,000

*Values were arrived at by using recent comparable sales of $21,000 per acre of undeveloped property.  Debtor owns a 99% interest.