## SCHEDULE 75

1. Cause No. P-7797-83-CV; *RH Trucking LLC and Ricardo and Adelaida Huitron vs. Pearl Resources and PDS Drilling LLC*; In the 83rd Judicial District Court of Pecos County, Texas;

2. Cause No. P-7797-B-83-CV; *Transcon Capital, LLC vs. Pearl Resources LLC and Pearl Resources Operating Co. LLC*; In the 83rd Judicial District Court of Pecos County, Texas and Appeal No. 08-19-00288-CV; *Pearl Resources Operating Co. LLC, et al. vs. Transcon Capital, LLC*; In the Eighth Court of Appeals, El Paso, Texas;

3. No. CC19508; *Cavalry Energy Services, Inc. vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the County Court at Law of Midland County, Texas;

4. Civil Action No. 4:17-cv-03158; *Evanston Insurance Company and RSUI Indemnity Company vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the United States District Court for the Southern District of Texas, Houston Division.

5. Cause No. P-7880-83-CV; *Nabors Drilling Technologies USA, Inc. vs. Pearl Resources LLC, et al.*; In the 83rd Judicial District Court of Pecos County, Texas;

6. Cause No. P-7824-83-CV; *Pearl Resources Operating Co. LLC and Pearl Resources LLC vs. Pilot Thomas Logistics LLC, Maverick Oil Tools LLC, and Allied OFS, LLC*; In the 83rd Judicial District Court of Pecos County, Texas;

7. No. CC19488; *Vaquero Oilfield Services, LLC vs. PDS Drilling, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the County Court at Law of Midland County, Texas;

8. Appeal No. 08-19-00096-CV; *Pearl Resources LLC, and Pearl Resources Operating Co. LLC vs. Charger Services LLC*; In the Eighth Court of Appeals, El Paso, Texas;

9. Cause No. P-12107-112-CV; *Von Directional Services, LLC vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the 112th Judicial District Court of Pecos County, Texas;

10. Cause No. 2019-29482; *Pearl Resources Operating Co. LLC, et al. vs. Mendford Trucking LLC*; In the 61st Judicial District Court of Harris County, Texas;

11. Cause No. 2020-14427; *Pearl Resources Operating Co. LLC, et al. vs. M&W Hot Oil*; In the 113th Judicial District Court of Harris County, Texas.