**Fill in this information to identify the case:**

Debtor name: __Pearl Resources LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__ (State)

Case number (If known): __20-31585-11__    Chapter ____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| # | Field | Contract/Lease | Counterparty |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Crude Oil Purchase Agreement; Pearl is the Seller | Rio Energy International, Inc. 5718 Westheimer Rd., Ste. 1806 Houston, Texas 77057 |
|     | State the term remaining | Month to month | |
|     | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Gas Purchase Agreement; Pearl is the Seller | Targa Midstream Services LLC 1000 Louisiana St., Ste. 4300 Houston, Texas 77002 |
|     | State the term remaining | Through April 1, 2021, then year to year. | |
|     | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|     | State the term remaining | | |
|     | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|     | State the term remaining | | |
|     | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|     | State the term remaining | | |
|     | List the contract number of any government contract | | |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page 1 of __2__

Debtor   Pearl Resources LLC
         _____
         Name

Case number (*if known*) 20-31585-11

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

2.__ **State what the contract or lease is for and the nature of the debtor's interest** _____  _____

**State the term remaining** _____

**List the contract number of any government contract** _____

Official Form 206G         Schedule G: Executory Contracts and Unexpired Leases         page __2__ of __2__