**Fill in this information to identify the case:**

Debtor name  Pearl Resources, LLC

United States Bankruptcy Court for the: Southern          District of Texas
                                                                         (State)

Case number (If known):  20-31585-11

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other  Gross: all owners | $    75,297.93 |
   | **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY      MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $   110,000.00 |
   | **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY      MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $   320,000.04 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to Filing date<br>MM / DD / YYYY | | $         0.00 |
   | **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY      MM / DD / YYYY | | $         0.00 |
   | **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY      MM / DD / YYYY | | $         0.00 |

Debtor   Pearl Resources, LLC _____          Case number (if known)  20-31585-11
         Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **(Separate sheet attached.)** | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City            State      ZIP Code | _____ | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | | | | |
| | City            State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

Debtor   Pearl Resources, LLC
         _____          Case number (if known) 20-31585-11
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State    ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | (Separate sheet attached.) | | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | City    State    ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City    State    ZIP Code | |

Debtor     Pearl Resources, LLC
     Name

Case number (if known)   20-31585-11

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City   State   ZIP Code | | |
| | Date of order or assignment | City   State   ZIP Code |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

---

Debtor   Pearl Resources, LLC
_____
Name

Case number (if known) 20-31585-11
_____

---

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Walter J. Cicack | | 2/21/2020 | $ 20,000.00 |
| | **Address** | | | |
| | Hawash, Cicack & GAston, LLP | | | |
| | Street | | | |
| | 3401 Allen Parkway, Suite 200 | | | |
| | Houston, Texas  77019 | | | |
| | City          State        ZIP Code | | | |
| | **Email or website address** | | | |
| | https://hcgllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor   __Pearl Resources, LLC_____     Case number (if known)_20-31585-11_____
         Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | (Separate sheet attached.) | | | $_____ |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 203 Paul Revere Drive (2 day occupancy, flooded by Harvey) | From 08/24/2017 | To 08/26/2017 |
| | Street | | |
| | (but NOT118 Paul Revere Drive: Pearl's current address) | | |
| | Houston, Texas  77024 | | |
| | City          State     ZIP Code | | |
| 14.2. | 952 Echo Lane | From 05/05/2012 | To 08/24/2017 |
| | Street | | |
| | Suite 370 | | |
| | Houston, Texas  77024 | | |
| | City          State     ZIP Code | | |

---

Debtor  __Pearl Resources, LLC_____    Case number (if known) 20-31585-11 _____
        Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—  diagnosing or treating injury, deformity, or disease, or
—  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.   _____    _____    _____
        Facility name

        _____    **Location where patient records are maintained** (If different from facility address). If electronic, identify any service provider.    **How are records kept?**
        Street
                                                                                        *Check all that apply:*
        _____    _____    ☐ Electronically
        City        State    ZIP Code    _____    ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.   _____    _____    _____
        Facility name

        _____    **Location where patient records are maintained** (If different from facility address). If electronic, identify any service provider.    **How are records kept?**
        Street
                                                                                        *Check all that apply:*
        _____    _____    ☐ Electronically
        City        State    ZIP Code    _____    ☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  __MinerlOwner,Vendor:AddressSSN,BankRoutingForSome__

        Does the debtor have a privacy policy about that information?
        ☐ No
        ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:
                **Name of plan**                                 **Employer identification number of the plan**

        _____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

        Has the plan been terminated?
        ☐ No
        ☐ Yes

---

Debtor   Pearl Resources, LLC
_____
Name

Case number (if known)   20-31585-11
_____

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | m_____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor  <u>Pearl Resources, LLC</u>
      Name

Case number *(if known)* <u>20-31585-11</u>

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor  Pearl Resources, LLC
        _____          Case number *(if known)* 20-31585-11
        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Pearl Resources ... | Wholly-owned subsidary of Pearl | EIN: 4 6 – 1 8 6 9 2 4 6 |
| | Name | Resources, LLC & listed as one of two | |
| | .. Operating Co., LLC | debtors in contemporaneous filings. | Dates business existed |
| | Street | | |
| | 118 Paul Revere Drive | | From   2012   To   Present |
| | Houston, Texas  77024 | | |
| | City          State          ZIP Code | | |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.2. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | |
| | Street | | Dates business existed |
| | | | |
| | City          State          ZIP Code | | From _____   To _____ |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.3. | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | |
| | Street | | Dates business existed |
| | | | |
| | City          State          ZIP Code | | From _____   To _____ |

---

Debtor    Pearl Resources, LLC
Name

Case number (*if known*) 20-31585-11

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Whitley Penn LLP (in role as bookkeepers only) <br> Name <br> (WP has remote access to electronic ledgers kept at Debtors' offices.) <br> Street <br> 3737 Buffalo Speedway, Suite 1600 <br> Houston, Texas  77098 <br> City    State    ZIP Code | From about 2017 To Present |
| 26a.2. <br> Name <br> Street <br> City    State    ZIP Code | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br> City    State    ZIP Code | From _____ To _____ |
| 26b.2. <br> Name <br> Street <br> City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Pearl Resources, LLC <br> Name <br> Pearl Resources Operating Co. LLC <br> Street <br> 118 Paul Revere Drive <br> Houston, Texas  77024 <br> City    State    ZIP Code | |

---

Debtor      Pearl Resources, LLC
            _____            Case number (if known) 20-31585-11
            Name                                                                      _____

---

26c.2.

| | |
|---|---|
| | **If any books of account and records are unavailable, explain why** |
| **Name and address** | _____ |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | |
| City                State         ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.
Name _____
Street _____
_____
City                State         ZIP Code

**Name and address**

26d.2.
Name _____
Street _____
_____
City                State         ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| Myra A. Dria, Manager of Pearl Resources, LLC | 11/30/2019 | $ 4,673,488.61 |

**Name and address of the person who has possession of inventory records**

27.1.   Pearl Resources, LLC
        _____
        Name
        118 Paul Revere Drive
        _____
        Street
        _____
        Houston, Texas  77024
        _____
        City                State         ZIP Code

---

Debtor  Pearl Resources, LLC
        _____
        Name

Case number (if known) 20-31585-11
                        _____

---

Name of the person who supervised the taking of the inventory

Myra A. Dria, Manager of Pearl Resources, LLC

Date of inventory

11/30/2018

The dollar amount and basis (cost, market, or other basis) of each inventory

$ _____

Name and address of the person who has possession of inventory records

27.2. Pearl Resources, LLC
      _____
      Name

      118 Paul Revere Drive
      _____
      Street

      _____

      Houston, Texas  77024
      _____
      City                          State          ZIP Code

---

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Myra A. Dria | 118 Paul Revere Dr, Houston 77024 | Sole Member&Manager | 100% |
| | | | |
| | | | |
| | | | |

---

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

---

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ | | _____ | |
| _____ City          State     ZIP Code | | _____ | |
| Relationship to debtor _____ | | _____ | |

---

Debtor   **Pearl Resources, LLC**                                          Case number (if known) 20-31585-11
_____Name_____

| | |
|---|---|

**Name and address of recipient**

30.2

Name _____

Street _____

City _____  State ____  ZIP Code ____

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

**Name of the parent corporation**                    **Employer identification number of the parent corporation**

Pearl Resources, LLC                                 EIN: 4  6 – 1  3  3  7  4  8  7

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

**Name of the pension fund**                          **Employer identification number of the pension fund**

_____                          EIN: __ __ – __ __ __ __ __ __ __

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/27/2020
MM / DD / YYYY

**✗** *Myra Dria*                                    Printed name  Myra Dria
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Sole Member and Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   (4/16)
  Part 2: Certain Transfers Made Before Filing for Bankruptcy
    3.   Certain Payments or Transfers to Creditors within 90 Days before Filing this Case

| Creditor's Name | Creditor's Address: Street | City | State | Zip | Dates | Ref.# | Total Amount or Value | Reasons for Payment or Transfer Secured debt, Unsecured loan repayments, Suppliers or Vendors; Services, Other |
|---|---|---|---|---|---|---|---|---|
| Pearl Resources Operating Co., LLC | 118 Paul Revere Drive | Houston | Texas | 77024 | 3/11/2020 | Transfer | $    470.38 | Other (Funding to subsidiary) |
| Pearl Resources Operating Co., LLC | 118 Paul Revere Drive | Houston | Texas | 77024 | 3/2/2020 | Transfer | $  7,000.00 | Other (Funding to subsidiary) |
| Pearl Resources Operating Co., LLC | 118 Paul Revere Drive | Houston | Texas | 77024 | 2/28/2020 | Transfer | $ 10,000.00 | Other (Funding to subsidiary) |
| Pearl Resources Operating Co., LLC | 118 Paul Revere Drive | Houston | Texas | 77024 | 2/21/2020 | Transfer | $ 10,000.00 | Other (Funding to subsidiary) |
| Liz Chapman, Pecos County Clerk | 200 S. Nelson | Ft. Stockton | Texas | 79735 | 2/12/2020 | 1012 | $     30.00 | Services |
| Dore Rothberg McKay | 17171 Park Row, Suite 160 | Houston | Texas | 77084 | 1/14/2020 | Wire | $ 20,000.00 | Services |
| | | | | | | | $ 47,500.38 | |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
   Part 3:  Legal Actions or Assignments
      7.  **Legal Actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

1.     Cause No. P-7797-83-CV; *RH Trucking LLC and Ricardo and Adelaida Huitron vs. Pearl Resources and PDS Drilling LLC*; In the 83rd Judicial District Court of Pecos County, Texas;

2.     Cause No. P-7797-B-83-CV; *Transcon Capital, LLC vs. Pearl Resources LLC and Pearl Resources Operating Co. LLC*; In the 83rd Judicial District Court of Pecos County, Texas and Appeal No. 08-19-00288-CV; *Pearl Resources Operating Co. LLC, et al. vs. Transcon Capital, LLC*; In the Eighth Court of Appeals, El Paso, Texas;

3.     No. CC19508; *Cavalry Energy Services, Inc. vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the County Court at Law of Midland County, Texas;

4.     Civil Action No. 4:17-cv-03158; *Evanston Insurance Company and RSUI Indemnity Company vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the United States District Court for the Southern District of Texas, Houston Division.

5.     Cause No. P-7880-83-CV; *Nabors Drilling Technologies USA, Inc. vs. Pearl Resources LLC, et al.*; In the 83rd Judicial District Court of Pecos County, Texas;

6.     Cause No. P-7824-83-CV; *Pearl Resources Operating Co. LLC and Pearl Resources LLC vs. Pilot Thomas Logistics LLC, Maverick Oil Tools LLC, and Allied OFS, LLC*; In the 83rd Judicial District Court of Pecos County, Texas;

7.     No. CC19488; *Vaquero Oilfield Services, LLC vs. PDS Drilling, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the County Court at Law of Midland County, Texas;

8.     Appeal No. 08-19-00096-CV; *Pearl Resources LLC, and Pearl Resources Operating Co. LLC vs. Charger Services LLC*; In the Eighth Court of Appeals, El Paso, Texas;

9.     Cause No. P-12107-112-CV; *Von Directional Services, LLC vs. PDS Drilling LLC, Pearl Resources LLC, and Pearl Resources Operating Co. LLC*; In the 112th Judicial District Court of Pecos County, Texas;

10.   Cause No. 2019-29482; *Pearl Resources Operating Co. LLC, et al. vs. Mendford Trucking LLC*; In the 61st Judicial District Court of Harris County, Texas;

11.   Cause No. 2020-14427; *Pearl Resources Operating Co. LLC, et al. vs. M&W Hot Oil*; In the 113th Judicial District Court of Harris County, Texas.

**Pearl Resources, LLC**
**Case Number: 20-31585-11**
**Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
   **Part 6:  Certain Payments or Transfers**
      **13.  Transfers no already listed on this statement**


      The transfer of 635.22 acres of State-owned mineral leasehold was taken by The Texas General Land Office involuntarily from the Debtor on February 11, 2020.

      This involuntary taking is currently under challenge by the Debtor.

      There was nothing owed by Debtor to The Texas General Land Office other than the GLO wanted wells drilled, whether prudent or not.

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  (4/16)
   Part 13: Details About the Debtor's Business or Connections to Any Business
      27. Inventories

| Description | Cost |
|---|---|
| Summary | |
| Garnet State battery and wellsite | |
| Equipment | $3,054,881.00 |
| Brandenburg battery and wellsite | |
| Equipment | 1,545,285.60 |
| Pipes and fittings | 71,282.01 |
| | 1,616,567.61 |
| Crude oil in lease tanks | 1,000.00 |
| Crude oil in lease tanks | 1,000.00 |
| | 2,000.00 |
| Brandenburg battery and wellsite | 1,618,567.61 |
| Total | $4,673,448.61 |

Pearl Resources, LLC

Case Number: 20-31585-11

Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   (4/16)

Part 13: Details About the Debtor's Business or Connections to Any Business

27. Inventories

| Item Number | Description, Location Garnet State Property | | Cost | |
|---|---|---|---|---|
| | PECOS COUNTY | | | |
| | BLK 8  H&GN RY SURVEY | Tanks-Storage | | |
| | SEC 20 & 22 | 2-300 bbl steel | $  11,000.00 | |
| 1 | | SN-02319 mfg 95  Challenger Steel | 11,000.00 | |
| 1 | | SN-02320 mfg 95 Challenger Steel | | |
| 1 | | Vertical Separator | 8,000.00 | |
| | | 30" OD x 10'  125 psi | | |
| | | Dressed w/standard Operating controls | | |
| | | | | |
| 1 | | 250 bbl open top fiberglass water tank | 5,000.00 | |
| | | | | |
| 1 | | American 456 pumping unit | 11,000.00 | |
| | | 456-320-120  SN-t30F120-44 4758 MFD 3-28-1980 | | |
| | | | | |
| 3 | | 25 KVA Transformer | 15,000.00 | |
| | | 8 ft high game fence 1.42 miles with 2, 30-cantelevered gates | | |
| | | installed in West Texas | 125,000.00 | |
| 1 | | 4x20 Perman mfg heater 1-2" Daniel meter run SN-A216-607 | 2,000.00 | |
| | | | | |
| 3 | | Meter base and disconnect | 2,250.00 | |
| 3 | | Siemans Control Panel and Stub pole | 2,250.00 | |
| 1 | | E42 Ajax Engine SN 69356 | 28,000.00 | |
| 1 | | 50 hp electric motor model #365TTD57086DV-W | 6,500.00 | |
| | | | | |
| 1 | | 6' x 24' API fiberglass gunbarrel | 10,000.00 | |
| | | Serial # G9107-17 | | |
| | | | | |
| | | Tenaris molded guide Rods 100 + 96 + 11 + 96 + 105 + 11 + 100 2 | 20,000.00 | |
| | | Endurance Lift Solutions | | |
| 14 | | 13 3/8" centralizers | 4,200.00 | |
| 2,252 | | 13 3/8" 68# J-55 STC R-3 casin (55 jts) | 67,560.00 | $30/ft |
| 2,200 | | 13 3/8" 48# J55 STC Casing | 66,000.00 | $30/jt |
| 5,000 | | 8 5/8" 32# J-55 LTC Casing | 55,000.00 | $11/ft |
| 11,100 | | 5 1/2" 23 # L-80 BTC Casing | 122,100.00 | $11/ft |
| 4,639 | | 8 5/8" 32# J-55 LTC Casing | 57,987.00 | $12/ft |
| 2,048 | | 2 3/8" 4.7# L-80 8rd Tubing | 3,584.00 | $1.30/ft |
| 12,200 | | 2 7/8" 6.5# L-80 CS | 67,100.00 | $5.25/ft |
| 4,430 | | 13 3/8" x 61# J55 Casing BTC | 199,350.00 | $45/ft |
| | | | | |
| 2 | | Mega Lined Pits, 660,000 bbls each | 255,000.00 | |
| | | | | |
| | | Subtotal | 1,154,881.00 | |
| | | | | |
| | | Location caliche and preparation | 85,000.00 | |
| | | | | |
| | | Lined frac pit 140,000 bbl Sec 20 | 125,000.00 | |
| | | Lined frac pit 40,000 bbl sec 22 | 85,000.00 | |
| | | Fencing and  construction - 5-string & pole  15 miles install in West | 255,000.00 | |
| | | Texas and 9 single and double gates | | |
| | | | | |
| 3 | | Water Wells and Pumps with controllers in West Texas | 210,000.00 | |
| | | Magnum 35 kw diesel generator w/trailer-  SN 1108059 | 35,000.00 | |
| | | Magnum 35 kw diesel generator w/trailer-  SN 1111935 | 35,000.00 | |
| | | Magnum 35 kw diesel generator w/trailer-   SN 1214849 | 35,000.00 | |
| | | | | |
| | | Fencing 35 15' gates in West Texas install | 150,000.00 | |
| | | Easement Fencing Section 19.5 installed | 45,000.00 | |
| | | Drilling pad and reserve pit GS 2211HD  rat hole & conductor, | | |
| | | casing to 2,000 ft depth | 250,000.00 | |
| | | Drilling pad and reserve pit GS 2021HA  rat hole & conductor, | | |
| | | casing to 2,000 ft depth | 250,000.00 | |
| | | Drilling pad and reserve pit GS 2022HA  rat hole & conductor, | | |
| | | casing to 2,000 ft depth | 250,000.00 | |
| | | Facility Pad at sec 22:  6.5 acres 6" caliche base | 35,000.00 | |
| | | Garnet State #1 Mega Pad  10 acres with 6" caliche Base | 55,000.00 | |
| | | | | |
| | | | | |
| | | Subtotal | 1,900,000.00 | |
| | | | | |
| | | Total | $3,054,881.00 | |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  (4/16)
Part 13: Details About the Debtor's Business or Connections to Any Business
27. Inventories

**Pearl Resources LLC**
**Oil Lease Property & Crude Petroleum in Tanks**

| Make/Model | Value | Location | Loss Payee |
|---|---|---|---|
| **Owned Equipment** | | | |
| 3 Phase Separator - SN-U-1032  CO-157461  DT-157461 | $ 11,041.50 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2150111192 | 625.69 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-213010115 | 625.69 | Brandenburg #1 | |
| Dump Valve - Model -250-SMT-PB-PO-D/SN-2131491044 | 1,513.75 | Brandenburg #1 | |
| Dump Valve - Model -250-SMT-PB-PO-D/SN-2131491045 | 1,513.75 | Brandenburg #1 | |
| Pop off - SN- | 450.00 | | |
| Level Controllers | 625.00 | | |
| | | | |
| 2-Phase Separator - SN-301V | 6,348.50 | Brandenburg #1 | |
| 2-Phase Separator - SN-New | 8,500.00 | | |
| Dump Valve Kimray - Model - 225- SOA-D/SN-2122781778 | 650.00 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2130781796 | 625.69 | Brandenburg #1 | |
| Kimray Backpress - Model - 230-SGT-BP-D/SN-2130040399 | 625.69 | Brandenburg #1 | |
| Pop off - SN-808407 | 650.00 | | |
| | | | |
| Heater F34118  4x20 | 18,002.75 | Brandenburg #1 | |
| Dump Valve - 26SWA - SN-2131821082 | 233.79 | Brandenburg #1 | |
| Dump Valve - 26SWA - SN-2131821085 | 233.79 | Brandenburg #1 | |
| Backpress - Model - 230 - SGT-BP-D/SN-2132330265 | 625.69 | Brandenburg #1 | |
| Backpress - Model - 230 - SGT-BP-D/SN-213205024 | 625.69 | Brandenburg #1 | |
| Pop off - SN- | 650.00 | Brandenburg #2 | |
| Turbine Meter with readout | 1,250.00 | Brandenburg #3 | |
| Turbine Meter with readout | 1,250.00 | Brandenburg #4 | |
| | | | |
| Roper Pump - Figure - 10188/SN-G-765838 | 1,585.86 | Brandenburg #1 | |
| Cole Parmer pump | | | |
| Water Tank - G-5707-13 | 11,742.50 | Brandenburg #1 | |
| Water Tank - G-5658-13 | 11,742.00 | Brandenburg #1 | |
| | | | |
| Oil Tank - A-12037 | 13,237.00 | Brandenburg #1 | |
| Oil Tank - F-54477 | 14,873.00 | Brandenburg #1 | |
| | | | |
| Generator - Model - 2785130100  SN-2070178 | 9,000.00 | Brandenburg #1 | |
| | | | |
| Chemical Pumps - H34642 | 2,257.01 | Brandenburg #1 | |
| Chemical Pumps - h36407 | 8,480.77 | Brandenburg #1 | |
| Chemical Pumps - H36406 | 8,480.77 | Brandenburg #1 | |
| | | | |
| Motor Valve -Model - ABZ-E860SR/SN-CJ120223 | 5,000.00 | Brandenburg #1 | |
| | | | |
| Gas Lift Equipment GMC278-15L80PC  7" Nickel-plated/SS 314 Packer | 15,858.00 | Brandenburg #1 | |
| 2 7/8" installed tubing (212 joints) 0.217" wall L-80 6.5 #/ft  AB MOD threads  and 2 7/8" tubing inventory (51 joints) | 90,000.00 | Brandenburg #1 | $5.12/ft |
| Installed PUP joints: 4' + 1' + 10'  and PUP joint inventory : 2', 6', 8' | 1,497.00 | Brandenburg #1 | |
| | | | |
| Backpress Valve 312 SGT | 625.69 | Brandenburg #1 | |
| **WELLHEAD EQUIPMENT** | | | |
| Gate Valves (Qty. 4) Part #710-000-29FSS | 10,825.00 | Brandenburg #1 | |
| Gate Valve w/ Actuator & Manual Override Part #710-000-25AC | 4,409.02 | Brandenburg #1 | |
| Adapter/Flange Part #706-000-75295B2NP | 1,282.76 | Brandenburg #1 | |
| Tee Studded Part #720-000-2925TNP | 1,396.43 | Brandenburg #1 | |
| Adapter/Flange Part #706-000-75710 | 7,887.10 | Brandenburg #1 | |
| Valve Gate  Part#710-000-7F5 | 8,389.38 | Brandenburg #1 | |
| Valve Gate (Qty.2) Part #710-000-11316 | 2,203.97 | Brandenburg #1 | |
| Choke | 3,546.54 | Brandenburg #1 | |
| **WELL EQUIPMENT** | | | |
| Tubing/Couplings/Joints (10,300') | 74,618.30 | Brandenburg #1 | |
| Casing (7" BTC) Inventory | 55,175.13 | Brandenburg #1 | |
| Casing (7" LTC) Inventory | 240,273.19 | Brandenburg #1 | |
| Casing (7" x-over) | 1,303.84 | Brandenburg #1 | |
| Casing (5") Inventory | 39,357.00 | Brandenburg #1 | |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  (4/16)
Part 13: Details About the Debtor's Business or Connections to Any Business
27. Inventories

**Pearl Resources LLC**
**Oil Lease Property & Crude Petroleum in Tanks**

| Owned Equipment | | | |
|---|---|---|---|
| Make/Model | Value | Location | Loss Payee |

**FACILITY EQUIPMENT & SAFETY**

| Make/Model | Value | Location | Loss Payee |
|---|---|---|---|
| Flare Stack | 32,000.00 | Brandenburg #1 | |
| Pipe Racks (Qty. 5 sets) | 32,475.00 | Brandenburg #1 | |
| Gate/Fencing Perimeter of 3 acre pad | 42,000.00 | Brandenburg #1 | |
| H2S Safety Equipment - 4- SCBA + NEMA 4x Alarm Controller | 29,387.86 | Brandenburg #1 | |
| Air cascade system - 4 3500 psi air cylinders | 6,505.00 | Brandenburg #1 | |
| PLC On Site Tank and H2S Real-time Call-out and Monitoring System | 41,770.12 | Brandenburg #1 | |
| 4 1-K-20-G chemical fire extinguishers | 2,099.00 | Brandenburg #1 | |
| VRU | 12,500.00 | Brandenburg #1 | |
| | | | |
| Pumping Unit concrete base and prime mover | 11,500.00 | Brandenburg #0 | |
| Pumping Unit  SLS 640-365-168 TH Shores Lift  Serial SLS14-1510 | 123,579.69 | Brandenburg #1 | |
| BELTS, SHEAVES, AND HUBS | 6,000.00 | Brandenburg #1 | |
| 50k LOAD CELL | 5,000.00 | Brandenburg #1 | |
| CB-36-O | 4,800.00 | Brandenburg #1 | |
| CHAT | 700.00 | Brandenburg #1 | |
| AJAX E42 RECONDITIONED | 31,500.00 | Brandenburg #1 | |
| TAPERED KD TENARIS SUCKER RODS (this one in well, other backup on location) | | | |
| 112  1" tenaris kd Sucker Rods 2/sht and guides | 25,000.00 | Brandenburg #1 | |
| 72  7/8" tenaris kd sucker rods w/fst and 2 guides | 12,250.00 | Brandenburg #1 | |
| 47 7/8" Tenaris KD sucker rods w/FST and no guides | 4,800.00 | Brandenburg #1 | |
| 74 3/4" Tenaris KD Sucker Rods w/FST and 2 guides | 8,500.00 | Brandenburg #1 | |
| 87 3/4" Tenaris KD Sucker Rods w/FST and no guides | 6,500.00 | Brandenburg #1 | |
| 8  3/4" Tenaris KD Sucker Rods w/FST and 4 guides | 1,500.00 | Brandenburg #1 | |
| 14 1.5" Class C sinker bars 2/3/4 FSC | 4,200.00 | Brandenburg #1 | |
| 1" 7/8" 3/4" pony rods set | 1,200.00 | | |
| 1" 7/8" 3/4" x-over couplings | 100.00 | | |
| | | | |
| Donnan DH Rod Pump  25-150-RHBC-24-6-0.5 HT BRNY MP upgraded | 6,500.00 | | |
| Tubing Anchor  7" x 2-7/8" with carbide slips | 5,700.00 | | |
| 1 1/2" x 22 polish rod w/1" pin | 200.00 | | |
| 1 1/2" x 1 3/4" x 16'Polish Rod liner | 220.00 | | |
| 3 bolt polish rod clamps | 194.00 | | |
| 3 stab bar 7/8" x 40" w/ 3/4" pin | 220.00 | | |
| | | | |
| Surface Well head hookup assy including stuffin box, pumping tee, nipples | 5,000.00 | | |
| and valves all for H2S service | | | |
| Rod Rotator | 1,500.00 | | |
| Right hand release back off CPLG | 250.00 | | |
| | | | |
| 49  7/8" tenaris kd sucker rods w/fst and 4 guides | 12,250.00 | Brandenburg #1 | |
| 47 7/8" Tenaris KD Sucker Rods w/FST and no guides | 4,800.00 | Brandenburg #1 | |
| 96 3/4" Tenaris KD Sucker Rods w/FST and 4 guides | 8,500.00 | Brandenburg #1 | |
| 78 3/4" Tenaris KD Sucker Rods w/FST and no guides | 6,500.00 | Brandenburg #1 | |
| 97 joints  2" lined pipe | 3,300.00 | | |
| 42 joints 2 78" tubing L-80 6.5# | 49,700.70 | | |
| | | | |
| 2 game cameras w/SD cards | 450.00 | | |
| | | | |
| Cargo Container - 8'x 40' | 4,250.00 | Brandenburg #1 | |
| Ajax DPC140 - compressor package | 85,000.00 | Brandenburg #1 | |
| Kimray pressure control valve | 950.00 | Brandenburg #1 | |
| Kimray pressure control valve | 950.00 | Brandenburg #1 | |
| Kimray pressure regulators | 550.00 | Brandenburg #1 | |
| Kimray pressure regulators | 550.00 | Brandenburg #1 | |
| Turbine Meter with readout | 1,250.00 | Brandenburg #1 | |
| Manual bypass valve - 2" globe valve | 650.00 | Brandenburg #1 | |
| | | | |
| Diesel Fuel Tank with Stand-500 gal | 995.00 | Brandenburg #1 | |
| Diesel Fuel Tank with Stand-500 gal | 995.00 | Brandenburg #1 | |
| Diesel Fuel Tank with Stand-500 gal | 995.00 | Brandenburg #1 | |
| Diesel Fuel | 1,000.00 | Brandenburg #2 | |
| Pipe, fittings, valving | 71,500.00 | Brandenburg #1 | |
| 8 ft game fencing with 15 ft cantilevered gate.1500 ft installed | 55,000.00 | Brandenburg #1 | |
| | | | |
| Overhead Static Lightening Protection | 10,802.07 | Brandenburg #1 | |
| | | | |
| Unit #1, Light Tower, Engine #D1005-1DW2749, Generator # 0001708463 | 8,450.00 | Brandenburg #1 Well - Pecos, TX | |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   (4/16)
   Part 13: Details About the Debtor's Business or Connections to Any Business
      27. Inventories

Pearl Resources LLC
Oil Lease Property & Crude Petroleum in Tanks

| | Owned Equipment | | | |
|---|---|---|---|---|
| Make/Model | Value | | Location | Loss Payee |
| Unit #2, Light Tower, Engine #D1005-1DW2746, Generator #0001708465 | 8,450.00 | | Brandenburg #1 Well - Pecos, TX | |
| Road and gates across Sec 44 and 39.5 | 35,000.00 | | Brandenburg #1 Well - Pecos, TX | |
| Total Flow Gas meter run (Fleaux Services) | 5,082.93 | | Brandenburg #1 Well - Pecos, TX | |
| Equipment Total: | 1,545,285.60 | | | |
| Crude Petroleum in Tanks Limit $55,000 | 1,000.00 | | 55 | 55000 |
| Total Equipment and Crude Oil in tanks | $1,546,285.60 | | | |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  (4/16)
Part 13: Details About the Debtor's Business or Connections to Any Business
27. Inventories

Equipment Inventory - Brandenburg #1
Pearl Resources, LLC
Date: 29 and 30 Oct

| Item: | Count | Size | Fitting Type | Unit Price | Est cost for Installed Equip. |
|---|---|---|---|---|---|
| 1 | 8 | 1" | 90deg elbow | 6.78 | $ 54.24 |
| 2 | 0 | 1" | 45deg elbow | 6.46 | - |
| 3 | 7 | 1" | ball valve - SS | 58.68 | 410.76 |
| 4 | 2 | 1" | check valve - CS | 45 | 90.00 |
| 5 | 21 | 1" | nipple <12" | 8 | 168.00 |
| 6 | 231 | 1" | pipe - steel IPC | 4.6 | 1,062.60 |
| 7 | 2 | 1" | TEE | 3.55 | 7.10 |
| 8 | 3 | 1" | union | 15.25 | 45.75 |
| 9 | 0 | 1" x 1/4" | bushing | 2.43 | - |
| 10 | 1 | 1" x 1/4" | reducer | 14.3 | 14.30 |
| 11 | 1 | 1" x 3/4" | bushing | 2.43 | 2.43 |
| 12 | 2 | 1/2" | ball valve - chemical or instrumentation | 21.68 | 43.36 |
| 13 | 3 | 1/2" | needle valve - chemical or instrumentation | 86.9 | 260.70 |
| 14 | 3 | 1/2" | pressure gauge - brass | 126.86 | 380.58 |
| 15 | 0 | 1/2" | nipple <12" | | - |
| 16 | 0 | 1/2" | nipple <12" SS | | - |
| 17 | 1 | 1/4" | ball valve - brass | 45.6 | 45.60 |
| 18 | 0 | 1/4" | ball valve - SS | 19.38 | - |
| 19 | 0 | 1/4" | TEE | 17 | - |
| 20 | 0 | 1/4" | nipple - CS | 5 | - |
| 21 | 1 | 1/4" | pressure gauge - 0-100 | 45.6 | 45.60 |
| 22 | 10 | 2" | 45deg elbow | 20.08 | 200.80 |
| 23 | 4 | 2" | 45deg elbow - fiberglass | 51.02 | 204.08 |
| 24 | 74 | 2" | 90deg elbow | 15.78 | 1,167.72 |
| 25 | 3 | 2" | 90deg elbow - fiberglass | 61.86 | 185.58 |
| 26 | 70 | 2" | ball valve - CS | 104.4 | 7,308.00 |
| 27 | 9 | 2" | bull plug | 18.34 | 165.06 |
| 28 | 10 | 2" | check valve - CS | 54 | 540.00 |
| 29 | 226 | 2" | nipple <12" | 15 | 3,390.00 |
| 30 | 7 | 2" | nipple>12" | 22 | 154.00 |
| 31 | 157 | 2" | pipe - fiber glass | 3.98 | 624.86 |
| 32 | 1076 | 2" | pipe - steel IPC | 7.34 | 7,897.84 |
| 33 | 1 | 2" | Tank pressure/vac relief | 350 | 350.00 |
| 34 | 48 | 2" | TEE | 21.54 | 1,033.92 |
| 35 | 5 | 2" | TEE - fiberglass | 79.08 | 395.40 |
| 36 | 60 | 2" | union - hammer union Fig 200 | 19.4 | 1,164.00 |
| 37 | 1 | 2" | VIC butterfly valve | 307.88 | 307.88 |
| 38 | 5 | 2" | Vic coupling | 28.03 | 140.15 |
| 39 | 5 | 2" | Vic x glue fiberglass coupling | 31.02 | 155.10 |
| 40 | 1 | 2" | Vic x Thrd - CS coupling | 45 | 45.00 |
| 41 | 5 | 2" x 1" | reducer | 7.12 | 35.60 |
| 42 | 0 | 2" x 1/2" | reducer | | - |
| 43 | 0 | 2" x 1/4" | reducer | | - |
| 44 | 2 | 2" x 1-1/2" | reducer | 9 | 18.00 |
| 45 | 6 | 3" | 45deg elbow | 85.76 | 514.56 |
| 46 | 1 | 3" | 90 deg elbow - fiberglass | 87.74 | 87.74 |
| 47 | 0 | 3" | 90deg elbow | 36.68 | - |
| 48 | 4 | 3" | ball valve - CS | 156.6 | 626.40 |
| 49 | 0 | 3" | bull plug | | - |
| 50 | 1 | 3" | check valve - CS | 114.91 | 114.91 |
| 51 | 1 | 3" | Fiberglass Thrd x glue coupling | 33.3 | 33.30 |
| 52 | 5 | 3" | nipple <12" | 40 | 200.00 |
| 53 | 4 | 3" | nipple>12" | 55 | 220.00 |
| 54 | 122 | 3" | pipe - fiber glass | 7.99 | 974.78 |
| 55 | 103 | 3" | pipe - steel IPC | 10.68 | 1,100.04 |
| 56 | 1 | 3" | TEE | 48.39 | 48.39 |
| 57 | 1 | 3" | TEE - fiberglass | 8676 | 8,676.00 |
| 58 | 3 | 3" | union - hammer union Fig 100 | 44.8 | 134.40 |
| 59 | 2 | 3" | Vic coupling | 48.91 | 97.82 |
| 60 | 2 | 3" | Vic x Thrd - CS coupling | 50 | 100.00 |
| 61 | 2 | 3" | Vic x Thrd - fiberglass coupling | 45.58 | 91.16 |
| 62 | 0 | 3" x 1" | reducer | | - |
| 63 | 0 | 3" x 1/2" | reducer | | - |
| 64 | 13 | 3" x 2" | reducer | 29.58 | 384.54 |
| 65 | 1 | 3/4" | 90deg elbow | 4.5 | 4.50 |
| 66 | 1 | 3/4" | ball valve - brass | 40.8 | 40.80 |

Pearl Resources, LLC
Case Number: 20-31585-11
Official Form 207 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  (4/16)
Part 13: Details About the Debtor's Business or Connections to Any Business
27. Inventories

Equipment Inventory - Brandenburg #1
Pearl Resources, LLC
Date: 29 and 30 Oct

| Item: | Count | Size | Fitting Type | Unit Price | Est cost for Installed Equip. |
|---|---|---|---|---|---|
| 67 | 6 | 3/4" | nipple <12" | 2.22 | 13.32 |
| 68 | 1 | 3/4" | TEE | 5.6 | 5.60 |
| 69 | 1 | 3/4" x 1/4" | bushing - SS | 15 | 15.00 |
| 70 | 2 | 4" | 45 deg elbow - fiberglass | 77.74 | 155.48 |
| 71 | 2 | 4" | 45deg elbow | 71.06 | 142.12 |
| 72 | 0 | 4" | 90deg elbow | 95 | - |
| 73 | 3 | 4" | ball valve - CS | 216 | 648.00 |
| 74 | 2 | 4" | bull plug | 61.84 | 123.68 |
| 75 | 0 | 4" | check valve - CS | 185.34 | - |
| 76 | 1 | 4" | Dresser Sleeve - CS | 250 | 250.00 |
| 77 | 8 | 4" | nipple <12" | 45 | 360.00 |
| 78 | 0 | 4" | nipple>12" | | - |
| 79 | 0 | 4" | pipe - fiber glass | | - |
| 80 | 32 | 4" | pipe - steel | 10.17 | 325.44 |
| 81 | 1 | 4" | TEE | 220.48 | 220.48 |
| 82 | 1 | 4" | union - hammer union Fig 100 | 65.12 | 65.12 |
| 83 | 1 | 4" | VIC butterfly valve | 485.9 | 485.90 |
| 84 | 2 | 4" | Vic coupling | 68.73 | 137.46 |
| 85 | 2 | 4" | Vic x Thrd - CS nipple | 55 | 110.00 |
| 86 | 0 | 4" x 1" | reducer | | - |
| 87 | 0 | 4" x 1/2" | reducer | | - |
| 88 | 6 | 4" x 2" | reducer | 60.08 | 360.48 |
| 89 | 10 | 4" x 3" | reducer | 82.65 | 826.50 |
| 90 | 1 | special | 1" Pressure Regulator - Wellmark 1PR 1630S 5-20psi | 194.66 | 194.66 |
| 91 | 1 | special | 1" x 1/2" reducer | 15.8 | 15.80 |
| 92 | 1 | special | 1" x 2" fuel gas pot - HT fuel | | - |
| 93 | 1 | special | 1/4" gas measurement bulb | 55 | 55.00 |
| 94 | 1 | special | 1/4" pressure regulator - Wellmark 2004 PR 0-225 | 336.54 | 336.54 |
| 95 | 2 | special | 2" CS THRD x poly | 50 | 100.00 |
| 96 | 1 | special | 2" ESD valve - Tmklogix | 6000 | 6,000.00 |
| 97 | 0 | special | 2" Kimray - #212 SGT BP | 338.86 | - |
| 98 | 0 | special | 2" Kimray - #250 SMT PB PO-D | 450 | - |
| 99 | 0 | special | 2" Kimray - 26 SWA | 300 | - |
| 100 | 0 | special | 2" Kimray Dump Valve - 225 SOA-D | 250 | - |
| 101 | 1 | special | 2" mixer - stainless steel | 600 | 600.00 |
| 102 | 0 | special | 2" NuFlo TFM - 9A-10101183-01 w/ Totalizer | 1200 | - |
| 103 | 0 | special | 2" PSV - Mercer Valve 2"x2" 81-43251V09G11 | 282.66 | - |
| 104 | 0 | special | 2" Tubine Flow Meter with digital readout - VIC x VIC | 900 | - |
| 105 | 1 | special | 2" x 2" PSV - unknown | 282.66 | 282.66 |
| 106 | 3 | special | 3" CS THRD x poly | 75 | 225.00 |
| 107 | 1000 | special | 3" poly pipe | 2.03 | 2,030.00 |
| 108 | 1 | special | 3" poly x poly | 125 | 125.00 |
| 109 | 1 | special | ESD pilot controller - High/Low | 1250 | 1,250.00 |
| 110 | 2 | special | Kimray - 2" gas regulator - 230 SGT-BP-D | 578 | 1,156.00 |
| 111 | 1 | special | 3"PCC (pollution control bucket) - #301 w/ truck conn. | 398.4 | 398.40 |
| 112 | 1 | special | 4" PCC (pollution control bucket) - #301 w/o truck conn. | 414.4 | 414.40 |
| 113 | 2 | special | 1/4" ball valve with short nipple | 25 | 50.00 |
| 114 | 0 | special | diesel tank - 500 gallon | 795 | - |
| 115 | 0 | special | 3" x 2" poly reducer | 125 | - |
| 116 | 0 | special | 2" THRD x poly | 85 | - |
| 117 | 0 | special | level controls | 225 | - |
| 118 | 0 | special | 7" casing | 15 | - |
| 119 | 0 | special | 5-1/2" casing | 12 | - |
| 120 | 0 | special | 2-3/8" 8RD new tubing | 4.5 | - |
| 121 | 0 | special | 2-3/8" 8RD yellow band | 4 | - |
| 122 | 0 | special | 2-7/8" tubing | 5.12 | - |
| 123 | 0 | special | 2-3/8" tubing red band | 2.25 | - |
| 124 | 1 | special | misc chemical injection tubing and fittings | 3000 | 3,000.00 |
| 125 | 1 | special | electrical control panel - tranfer pump | 2760.44 | 2,760.44 |

| | | | | | Installed |
|---|---|---|---|---|---|
| | | | | total: | 64,801.83 |
| | | | | 10% adder for misc: | 6,480.18 |
| | | | | grand total: | $  71,282.01 |