**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **PEARL RESOURCES, LLC and** | § | **Case No. 20-31585-11** |
| | § | |
| **PEARL RESOURCES OPERATING** | § | **Case No. 20-31586-11** |
| **CO. LLC,** | § | |
| | § | **Jointly Administered under** |
| | § | **Case No. 20-31585** |
| **Debtors.** | § | |

**NOTICE OF PERFECTION OF MINERAL LIEN BY**
**PILOT THOMAS LOGISTICS, LLC PURSUANT TO 11 U.S.C. § 546(b)(2)**

Pilot Thomas Logistics, LLC ("Pilot Thomas"), by and through the undersigned counsel, hereby provides Notice of Perfection of its Mineral Lien under 11 U.S.C. § 546(b)(2) and respectfully shows as follows:

1.      Pilot Thomas is a company which delivered and provided fuel and related products under agreement/contract with Pearl Resources Operating Co. LLC and/or Pearl Resources, LLC (collectively, the "Debtors").  The fuel and related products were used in connection with the production of oil and gas and the operations conducted in connection therewith by the Debtors from lease well-sites located in Gaines County, Texas (the "Leases").  The total amount due and owing Pilot Thomas on account of the fuel and other supplies up through March 3, 2020 (the "Petition Date") is at least $48,922.32, exclusive of any accruing interest, costs, fees, and other charges, with potential additional amounts owed and accrued after the Petition Date.  Pilot Thomas delivered fuel to the Debtors as recently as December 24, 2019.  True and correct copies of the invoices and other documentation supporting Pilot Thomas's claim and mineral lien are attached hereto as "**Exhibit A**."

2.      A party perfects a lien under the statutory mineral lien laws of Texas (Texas Property Code § 56.001 et seq.) by, among other things, filing an affidavit claiming its entitlement to a lien with the county clerk of the county in which the property at issue is located within a specific period of time that contains the information proscribed by Texas Property Code § 56.022.

3.      The interests included under the Leases subject to the mineral lien includes, among other things, "the land, leasehold, oil or gas well, water well, oil or gas pipeline and its right-of-way, and lease for oil and gas purposes for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the buildings and appurtenances on this property" (collectively, the "Property") pursuant to Texas Property Code § 56.003.

4.      The Texas Property Code further requires commencement of suit to foreclose on a lien within two years after the last day a claimant may file the lien affidavit or within one year after completion, termination, or abandonment of the work under the original contract under which the lien is claimed, whichever is later.  Texas Property Code §§ 56.041, 53.158.

5.      Section 546(b)(2) of the title 11 of the United States Code (the "Bankruptcy Code") provides that when applicable law requires seizure of property or commencement of an action to accomplish perfection, or maintenance or continuation of perfection, of an interest in property, the claimant may file a notice with the Bankruptcy Court, in lieu of such seizure or commencement.

6.      Pursuant to Bankruptcy Code section 546(b)(2), Pilot Thomas hereby provides notice to the Debtors, the Debtors' counsel, and the Office of the United States Trustee of Pilot Thomas's rights as a perfected lienholder in the Property pursuant to the Texas mineral lien law, *i.e.* Texas Property Code Chapter 56, and also Pilot Thomas's claimed Texas Constitutional Lien on the Property under Article 16, Section 37 of the Texas Constitution.

7.      Pilot Thomas is filing this Notice to preserve, perfect, maintain, and continue its rights in the Property under Texas state law in order to comply with the requirements of the Texas mineral lien laws and section 546(b)(2) of the Bankruptcy Code, and this Notice constitutes the legal equivalent of having recorded a mineral lien in the public records for the county where the Property is located and then having commenced a suit to foreclosure the lien in the proper court. Accordingly, by reason of this Notice, the Debtors and other parties in interest are estopped from claiming that any notice, filing, or lawsuit to enforce the mineral lien was not timely commenced or conducted pursuant to applicable Texas law.  Pilot Thomas may but is not required to further perfect its mineral lien rights to the fullest extent permitted by applicable law as allowed under section 362(b)(3) of the Bankruptcy Code.

8.      The filing of this Notice shall not be construed as an admission that any filing is required under the Bankruptcy Code, the application Texas mineral lien law, and/or any other applicable law. Additionally, Pilot Thomas hereby makes no admission of fact or law and asserts that its lien is senior to and affective against entities that may have acquired rights in the Property previously, and reserves all rights to amend and/or supplement this Notice.

Dated: April 28, 2020

Respectfully submitted,

*/s/ Joshua N. Eppich*
Joshua N. Eppich
State Bar I.D. No. 24050567
Bryan C. Assink
State Bar I.D. No. 24089009
J. Robertson Clarke
State Bar I.D. No. 24108098
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile
Email: Joshua@bondsellis.com
Email: Bryan.Assink@bondsellis.com
Email: Robbie.Clarke@bondsellis.com

ATTORNEYS FOR PILOT THOMAS LOGISTICS, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on April 28, 2020, a true and correct copy of the foregoing document was served on all parties requesting service via the Court's ECF system.

*/s/ J. Robertson Clarke*
J. Robertson Clarke

# Exhibit A

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Credit Memo**

Credit Number: 30059117
Credit Date: 07/31/2019
Ship Date: 07/22/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

Reference Document: 89165707                    Order Number: 60042250

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60042250 | 60042250 | 1198 | | DIESEL #2 ULSD DYED | 2,850.000 | 2.1216 | 6,046.56 |
| | | | **Federal LUST Fee** | | | 0.0010 | 2.85 |
| | | | **Texas State Delivery Fee - Tier 2** | | | | 3.45 |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60042250 | 60042250 | 505 | | PUMP OFF CHARGE - FUELS | 1 | 500.0000- | 500.00- |

Sub Total: 5,546.56
Total Tax: 6.30

Total: ($5,552.86)

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $32,183.38 | $24,849.80 | | | |

DX:ZSNC5512     TX:30059117                    Page 1 of 1

B-1026   Gerald   7-22-19

60042250

## CACTUS FUEL
### 432-741-1514

Customer Name _Pearl Oil and Gas_
Location _Badhi #1H_

FC# or Equip. _____ - TO09288
Name _Chris_
Number _979.777.7146_
AFE or PO# _____ -
BOL# _59932_

Drained   2850   gal. of fuel

- drained "dirty" tank

- filled new tank w/ fresh fuel

**Print Name** _____

**Signature** _____

211706

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Credit Memo**

Credit Number: 30059262
Credit Date: 08/11/2019
Ship Date: 08/11/2019
Due Date: 08/31/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

Reference Document: 89166158                    Order Number: 60042344

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | MTR2084707 | |

**Delivery Date:** 08/11/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60042344 | 60042344 | 1198 | | DIESEL #2 ULSD DYED | 7,701.000 | 2.0093 | 15,473.62 |
| | | | Federal LUST Fee | | | 0.0010 | 7.70 |
| | | | Texas State Delivery Fee - Tier 3 | | | | 5.45 |

**Delivery Date:** 08/11/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60042344 | 60042344 | 505 | | PUMP OFF CHARGE - FUELS | 1 | 500.0000- | 500.00- |

Sub Total: 14,973.62
Total Tax: 13.15

Total: ($14,986.77)

Customer Aging Summary as of 08/11/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $32,678.46 | $10,640.94 | $3,249.40 | | |

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Ship To: 4001257911
BODHI-1H-BULK-TANK
Gaines County,TX

**Delivery Document**
This is not an invoice
**60042344**
**Date: 08/11/2019**
**Del. Time: 12:00-18:00**
**08/10 EXTR TODAY**

Sold To:2001003552
PEARL OPCO MTN, LLC

**BOL:** , 2618877,

**DTR:** _____

| Quantity | | | Price | | | |
|---|---|---|---|---|---|---|
| Ordered | Delivered - G | Material Description | Base | Tax | Total | Amount |
| 7,200.000- UG6 | 7,701.000- UG6 | Material #: 1198 DIESEL #2 ULSD DYED COMBUSTIBLE LIQUID,NON TAXABLE USE, | 2.0093 | 0.0017 | 2.0110 | 15,486.77 |
| Begin: 0 | | End: 7701 | | None 7,701.000 | | |
| 1.000- EA | 1.000- EA | Material #: 505 PUMP OFF CHARGE - FUELS | 500.0000 | 0.0000 | 500.0000 | 500.00 |
| Begin: 0 | | End: 0 | | None 1.000 | | |

**Total: $14,986.77**

Driver Name:   XAVIER GONZALEZ
Driver Number:   0000313645
Vehicle Number:   MTR2084707
Lat/Long:   0/0
AFE Number: AFTER THE FACT
**SIGNATURE REQUIRED        STAMP REQUIRED**

Caller:       Chris .
Caller Phone: 9797777146
Customer Email:

GAINES"Out of Hobbs head east on 180 towards Seminole TL on cr 237 goroughly 4 miles to Cr 231 TL on 231 go 3 miles to location onleft.7/22/2019 CHRIS SET
TANK-INVOICE#210698"###############################################################

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com**  OR Fax documents to 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
_Do not Write Below This Line_

DX:ZFDT5512   TX:60042344   Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247000
Invoice Date: 06/18/2019
Ship Date: 06/18/2019
Due Date: 07/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83714076                    Order Number: 22762281

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 06/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 1198 | | DIESEL #2 ULSD DYED | 500.000 | 3.5000 | 1,750.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.50 |
| | | | Texas State Diesel Tax | | | 0.2000 | 100.00 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 06/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 0.94 |

**Delivery Date:** 06/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 1.41 |

Sub Total: 1,787.50
Total Tax: 104.55

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: $1,892.05

Customer Aging Summary as of 06/18/2019

| Current $3,249.40 | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|

DX:ZSNC5512      TX:92247000                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247000
Invoice Date: 06/18/2019
Ship Date: 06/18/2019
Due Date: 07/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552          Caller:

AFE Number: 118DL0001      Cost Center: 1200-014

Reference Document: 83714076          Order Number: 22762281

| Payment Terms | | | Ship Via | Reference Numbers | | |
|---|---|---|---|---|---|---|
| Net 20 Days | | | | | | |

**Delivery Date:** 06/18/2019                                        Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 1198 | | DIESEL #2 ULSD DYED | 500.000 | 3.5000 | 1,750.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.50 |
| | | | Texas State Diesel Tax | | | 0.2000 | 100.00 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 06/18/2019                                        Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 0.94 |

**Delivery Date:** 06/18/2019                                        Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762281 | 22762281 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 1.41 |

Sub Total: 1,787.50
Total Tax: 104.55

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$1,892.05**

Customer Aging Summary as of 06/18/2019

| Current $3,249.40 | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| | | | | |

Angelo
53004
6-18-19

🌵 **CACTUS FUEL**
**432-741-1514**

Customer Name _Pearl Oil & Gas_
Location _Bodhi #1_

FC# or Equip. _CF593 / T019570_
Name _Chris_
Number _979.777.7146_
AFE or PO# _____
BOL# _81751_

Set 1 1000g tank
W/cont and 25ft
Hose w/nozzle
Pump 500g into tank
32.811609, -102.899735

$ 500 set fee
$ 500 containment fee
$ 200 for total amt of hose
$ 40 nozzle
$ 3.50 per gallon

Print Name _____

Signature _____

205215
22762281 / 22762282

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247002
Invoice Date: 06/27/2019
Ship Date: 06/27/2019
Due Date: 07/17/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552

Caller:

AFE Number: AFTER THE FACT

Reference Document: 83714067

Order Number: 22762280

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 06/27/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 1198 | | DIESEL #2 ULSD DYED | 105.000 | 3.5000 | 367.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.11 |
| | | | Texas State Diesel Tax | | | 0.2000 | 21.00 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 06/27/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |
| | | | Texas State Sales/Use Tax | | | 6.2500 % | 0.94 |

**Delivery Date:** 06/27/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |
| | | | Texas State Sales/Use Tax | | | 6.2500 % | 1.41 |

Sub Total: 405.00
Total Tax: 25.16

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$430.16**

Customer Aging Summary as of 06/27/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $3,679.56 | | | | |

DX:ZSNC5512     TX:92247002

Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247002
Invoice Date: 06/27/2019
Ship Date: 06/27/2019
Due Date: 07/17/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552              Caller:

AFE Number: 118DL001           Cost Center: 1200-014

Reference Document: 83714067                    Order Number: 22762280

| Payment Terms | | | Ship Via | Reference Numbers |
|---|---|---|---|---|
| Net 20 Days | | | | |

**Delivery Date:** 06/27/2019                                    Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 1198 | | DIESEL #2 ULSD DYED | 105.000 | 3.5000 | 367.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.11 |
| | | | Texas State Diesel Tax | | | 0.2000 | 21.00 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 06/27/2019                                    Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 0.94 |

**Delivery Date:** 06/27/2019                                    Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762280 | 22762280 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |
| | | | Texas State Sales/Use Tax | | | 6.2500% | 1.41 |

Sub Total: 405.00
Total Tax: 25.16

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Invoice Total: $430.16

Customer Aging Summary as of 06/27/2019

| Current $3,679.56 | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|

DX:ZSNC5512     TX:92247002                    Page 1 of 1

Elner
B/023
6-27-19

## CACTUS FUEL
### 432-741-1514

Customer Name _Pearl Oil & gas_

Location _Godhg #1_

FC# or Equip. _CF 593_

Name _____

Number _____

AFE or PO# _____

BOL# _46156_

105 gals of Fuel

Print Name _____

Signature _____

202227
22762280

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247050
Invoice Date: 06/18/2019
Ship Date: 06/18/2019
Due Date: 07/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83717099                    Order Number: 22762282

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 984 | Fuel - Sm. Tank Set (275g - 1500g) | 1 | 1,000.0000 | 1,000.00 |
| | | | Texas State Sales/Use Tax | | 6.2500% | 62.50 |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 54176 | FUEL - 6 FT STAND | 1 | | |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 54184 | FUEL - 50 FT HOSE | 1 | | |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 51237 | FUEL - CONTAINMENT | 1 | | |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 54190 | FUEL - NOZZLE | 1 | 40.0000 | 40.00 |
| | | | Texas State Sales/Use Tax | | 6.2500% | 2.50 |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 54184 | FUEL - 25 FT HOSE | 1 | 200.0000 | 200.00 |
| | | | Texas State Sales/Use Tax | | 6.2500% | 12.50 |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 966 | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |
| | | | Texas State Sales/Use Tax | | 6.2500% | 0.94 |

**Delivery Date:** 06/18/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 106 | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |
| | | | Texas State Sales/Use Tax | | 6.2500% | 1.41 |

Customer Aging Summary as of 06/18/2019

| Current $3,249.40 | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|

DX:ZSNC5512      TX:92247050                    Page 1 of 2

Sub Total:      1,277.50
Total Tax:         79.85

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: $1,357.35

Customer Aging Summary as of 06/18/2019

| Current<br>$3,249.40 | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| | | | | |

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92247050
Invoice Date: 06/18/2019
Ship Date: 06/18/2019
Due Date: 07/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: 118DL0001           Cost Center: 1200-014

Reference Document: 83717099                          Order Number: 22762282

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 06/18/2019                                        Tank ID:

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22762282 | 22762282 | 984 | | Fuel - Sm. Tank Set (275g - 1500g) | 1 | 1,000.0000 | 1,000.00 |
| | | | | **Texas State Sales/Use Tax** | | 6.2500% | 62.50 |
| | | | | **Texas State Sales/Use Tax** | | 6.2500% | 2.50 |
| | | | | **Texas State Sales/Use Tax** | | 6.2500% | 12.50 |
| | | | | **Texas State Sales/Use Tax** | | 6.2500% | 0.94 |
| | | | | **Texas State Sales/Use Tax** | | 6.2500% | 1.41 |

Sub Total:        1,277.50
Total Tax:           79.85

**Please Remit To:**
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total:  $1,357.35**

Customer Aging Summary as of 06/18/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $3,249.40 | | | | |

DX:ZSNC5512      TX:92247050                          Page 1 of 1

Angelo
53004
6·18·19

🌵 **CACTUS FUEL**
**432-741-1514**

Customer Name _Pearl Oil & Gas_

Location _Bodhi #1_

FC# or Equip. _CF593 / T019570_

Name _Chris_

Number _979·777·7146_

AFE or PO# _____

BOL# _81751_

Set 1 1000 tank
W/cont and 25ft
Hose w/nozzle
Pump 500g into tank
32.811609, -102.899735

$500 set fee
$500 containment fee
$200 for total amt of hose
$40 nozzle
$3.50 per gallon

Print Name _____

Signature _____

205215
22762281 / 22762282

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92255235
Invoice Date: 07/16/2019
Ship Date: 07/16/2019
Due Date: 08/05/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83728702                    Order Number: 22775398

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | MTR2084714 | |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 1198 | | DIESEL #2 ULSD DYED | 1,740.000 | 3.5000 | 6,090.00 |
| | | | **Federal LUST Fee** | | | 0.0010 | 1.74 |
| | | | **Texas State Delivery Fee - Tier 2** | | | | 1.70 |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 6,127.50
Total Tax: 3.44

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Invoice Total: **$6,130.94**

Customer Aging Summary as of 07/16/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $6,561.10 | $3,249.40 | | | |

DX:ZSNC5512        TX:92255235                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

# Invoice

Invoice Number: 92255235
Invoice Date: 07/16/2019
Ship Date: 07/16/2019
Due Date: 08/05/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
605 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1B
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83728702                    Order Number: 22775398

| Payment Terms | Salesman Name | Ship Via | Reference Numbers | | |
|---|---|---|---|---|---|
| Net 20 Days | Kerri Vaughan | MTR2084714 | | | |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 1196 | | DIESEL #2 ULSD DYED | 1,740.000 | 3.5000 | 6,090.00 |
| | | | Federal LUST Fee | | | 0.0010 | 1.74 |
| | | | Texas State Delivery Fee – Tier 2 | | | | 1.70 |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22775398 | 22775398 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 6,127.50
Total Tax: 3.44

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $6,130.94**

Well name  _Bodhi #1-A_
AFE#  _118DC0001_
Cost code  _1200 – 014_
Amount $  _6,130.94_
Signature  _C Lu_

Customer Aging Summary as of 07/16/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $6,561.10 | $3,249.40 | | | |

DX:ZSNC5512     TX:92255235                    Page 1 of 1

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To: 2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
PEARL-OIL-AND-GAS-BODHI-1H
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is not an Invoice
**22775398**
**Date:** 07/16/2019
**Del. Time:** 06:00-20:00
07/16

**BOL:** _0_

**DTR:** _____

| Quantity | | | Price | | | |
| Ordered | Delivered - G | Material Description | Base | Tax | Total | Amount |
|---|---|---|---|---|---|---|
| 2,500.000 UG6 | 1,740.000 UG6 | Material #: 1198<br>DIESEL #2 ULSD DYED<br>COMBUSTIBLE LIQUID,NON<br>TAXABLE USE, | 3.5000 | 0.0020 | 3.5020 | 6,093.44 |
| Begin: 47 | | End: 81 | Generator 1,740.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 106<br>FUEL SURCHARGE | 22.5000 | 0.0000 | 22.5000 | 22.50 |
| Begin: 0 | | End: 0 | None 1.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 966<br>ENVIRONMENTAL FEE | 15.0000 | 0.0000 | 15.0000 | 15.00 |
| Begin: 0 | | End: 0 | None 1.000 | | | |

**Total: $6,130.94**

Driver Name:  JOHN BLAHA
Driver Number:  0000311167
Vehicle Number:  MTR2084714
Lat/Long:  32.8115352/-102.89841
AFE Number:  AFTER THE FACT

Caller:  CHRIS .
Caller Phone:  9797777146
Customer Email:  chrisbrugger@yahoo.com

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com** OR Fax documents to 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
—— *Do not Write Below This Line* ——

DX:ZFDT5512   TX:22775398   Page 1 of 2

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
PEARL-OIL-AND-GAS-BODHI-1H
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is an invoice

**22775398**
**Date: 07/16/2019**
**Del. Time: 06:00-20:00**
**07/16**

**BOL:** _0_

**DTR:** _____

**SIGNATURE REQUIRED**     **STAMP REQUIRED**

Chris Bugger



SO#: 0022775398        7 16 2019 3:17 45 AM  05CC

GAINESOut of Hobbs head east on 180 towards Seminole TL on cr 237 go roughly4 miles to Cr 231 TL on 231 go 3 miles to location on left

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com** OR Fax documents to 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
———— Do not Write Below This Line ————

DX:ZFDT5512   TX:22775398   Page 2 of 2

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92257860
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735064                    Order Number: 22778261

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 1198 | | DIESEL #2 ULSD DYED | 870.000 | 3.5000 | 3,045.00 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.87 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 3,082.50
Total Tax: 2.57

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$3,085.07**

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $17,747.81 | $3,249.40 | | | |

DX:ZSNC5512        TX:92257860                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92257860
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735064                         Order Number: 22778261

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date: 07/10/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 108 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date: 07/10/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 1198 | | DIESEL #2 ULSD DYED | 870.000 | 3.5000 | 3,045.00 |
| | | | | Federal LUST Fee | | 0.0010 | 0.87 |
| | | | | Texas State Delivery Fee - Tier 1 | | | 1.70 |

**Delivery Date: 07/10/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778261 | 22778261 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 3,082.50
Total Tax: 2.57

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Invoice Total: **$3,085.07**

Well name _Bodhi #1-1H_

AFE# _119DC0001_

Cost code _1200-014_

Amount $ _3085_

Signature ___

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $17,747.81 | $3,249.40 | | | |

DX:ZSNC5512        TX:92257860                        Page 1 of 1

Elmer
81012
7-10-19

22 778261

**CACTUS FUEL**
A32-741-1514

Customer Name Pearl Oil & Gas

Location Bodha #1H

FC# or Equip. T009288 (Bulk TK)

Name

Number

AFE or PO#

BOL# 81264

870 gals of fuel

Print Name

Signature

210766

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92257864
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735075                    Order Number: 22778270

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 1198 | | DIESEL #2 ULSD DYED | 260.000 | 3.5000 | 910.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.26 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 947.50
Total Tax: 1.96

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $949.46

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $17,747.81 | $3,249.40 | | | |

DX:ZSNC5512      TX:92257864                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92257864
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735075                    Order Number: 22778270

| Payment Terms | Salesman Name | Ship Via, | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 1198 | | DIESEL #2 ULSD DYED | 260.000 | 3.5000 | 910.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.26 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778270 | 22778270 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 947.50
Total Tax: 1.96

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $949.46**

Well name _Bodhi #1-#_
_11 9DL0001_
AFE# _____
Cost code _9ꟷ 1200-014_
_9494_
Amount $ _____
Signature _____

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $17,747.81 | $3,249.40 | | | |

Elmer
8/0/2
7-10-19

22778270

**CACTUS FUEL**
432-741-1514

Customer Name _Pearl oil & GAS_

Location _RedDAWN #1 SWD_

FC# or Equip. _CF 602_

Name _____

Number _____

AFE or PO# _____

BOL# _81264_

260 gals

Print Name _____

Signature _____

210764

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92258053
Invoice Date: 07/16/2019
Ship Date: 07/16/2019
Due Date: 08/05/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735360                         Order Number: 22778932

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 1198 | | DIESEL #2 ULSD DYED | 105.000 | 3.5000 | 367.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.11 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 07/16/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 405.00
Total Tax: 1.81

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $406.81

Customer Aging Summary as of 07/16/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $24,285.56 | $3,249.40 | | | |

DX:ZSNC5512      TX:92258053                  Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92258053
Invoice Date: 07/16/2019
Ship Date: 07/16/2019
Due Date: 08/05/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                 Caller:

AFE Number: AFTER THE FACT

Reference Document: 83735360                 Order Number: 22776932

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 1198 | | DIESEL #2 ULSD DYED | 105.000 | 3.5000 | 367.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.11 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date: 07/16/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22778932 | 22778932 | 986 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 405.00
Total Tax: 1.81

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Invoice Total: $406.81

Well name _Bodhi #1-H_

AFE# _114Dc0001_

Cost code _1200-014_ _51_

Amount $ _406_

Signature _____

Customer Aging Summary as of 07/16/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $24,265.66 | $3,249.40 | | | |

DX:ZSNC5512        TX:92258053                 Page 1 of 1

Elmer
81024
7-16-19

**CACTUS FUEL**
432-741-1514

Customer Name _Pearl Oil & Gas_
Location _BodH: #14_

FC# or Equip _CE593_
Name _____
Number _____
AFE or PO# _____
BOL# _27146_

105 gals

( 22778932 )

Print Name _____

Signature _____

204967

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92260942
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83739863                          Order Number: 22776068

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 1198 | | DIESEL #2 ULSD DYED | 255.000 | 3.5000 | 892.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.26 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 930.00
Total Tax: 1.96

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $931.96

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $18,679.77 | $3,249.40 | | | |

DX:ZSNC5512        TX:92260942                          Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92260942
Invoice Date: 07/10/2019
Ship Date: 07/10/2019
Due Date: 07/30/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83739863                    Order Number: 22776068

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 1198 | | DIESEL #2 ULSD DYED | 256.000 | 3.5000 | 892.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.26 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Delivery Date: 07/10/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776068 | 22776068 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 930.00
Total Tax: 1.96

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Invoice Total: $931.96

Well name Bodhi 1H-H

AFE# 114DC0001

Cost code 1200-014

Amount $ 931.96

Signature

Customer Aging Summary as of 07/10/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91+ |
|---|---|---|---|---|
| $18,679.77 | $3,249.40 | | | |

DX:ZSNC5512          TX:92260942                    Page 1 of 1

Elmer
B1012-12
7-10-19

## CACTUS FUEL
432-741-1514

Customer Name _Pearl Oil & Gas_

Location _Bodha #1_

FC# or Equip. _CF 1091_

Name _____

Number _____

AFE or PO# _____

BOL.# _87364_

255 gals of fuel

Print Name _____

Signature _____

210765
2277b068

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92263547
Invoice Date: 07/29/2019
Ship Date: 07/19/2019
Due Date: 08/18/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                 Caller:

AFE Number: AFTER THE FACT

Reference Document: 83743819                 Order Number: 22782053

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 1198 | | DIESEL #2 ULSD DYED | 600.000 | 3.5000 | 2,100.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.60 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 2,137.50
Total Tax: 2.30

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$2,139.80**

Customer Aging Summary as of 07/29/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $31,439.25 | $16,962.68 | | | |

DX:ZSNC5512       TX:92263547                                 Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92263547
Invoice Date: 07/29/2019
Ship Date: 07/19/2019
Due Date: 08/18/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                Caller:

AFE Number: AFTER THE FACT

Reference Document: 83743819                Order Number: 22782053

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kern Vaughan | | |

**Delivery Date: 07/19/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 1198 | | DIESEL #2 ULSD DYED | 600.000 | 3.5000 | 2,100.00 |
| | | | | Federal LUST Fee | | 0.0010 | 0.60 |
| | | | | Texas State Delivery Fee - Tier 1 | | | 1.70 |

**Delivery Date: 07/19/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 965 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date: 07/19/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782053 | 22782053 | 105 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 2,137.50
Total Tax: 2.30

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $2,139.80**

Well name  _Bodhi 1H-0_
AFE#  _1180C 0001_
Cost code  _1200-014_
Amount $  _2,139.80_
Signature  _____

Customer Aging Summary as of 07/29/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $91,439.25 | $16,962.68 | | | |

DX:ZSNC5512        TX:92263547                Page 1 of 1

Elmer
B/024

## CACTUS FUEL
432-741-1514

11-19-19

Customer Name Pearl Oil & Gas

Location Solhi #1

FC# or Equip. T009288

Name

Number

AFE or PO#

BOL# 80853

600 GALS

Print Name

Signature

199274

22782053

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92263548
Invoice Date: 07/29/2019
Ship Date: 07/19/2019
Due Date: 08/18/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                     Caller:

AFE Number: AFTER THE FACT

Reference Document: 83743822                     Order Number: 22782055

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 1198 | | DIESEL #2 ULSD DYED | 90.000 | 3.5000 | 315.00 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.09 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 352.50
Total Tax: 1.79

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $354.29

Customer Aging Summary as of 07/29/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $31,439.25 | $16,962.68 | | | |

DX:ZSNC5512        TX:92263548                     Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92263548
Invoice Date: 07/29/2019
Ship Date: 07/19/2019
Due Date: 08/18/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                     Caller:

AFE Number: AFTER THE FACT

Reference Document: 83743822                          Order Number: 22782055

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 1198 | | DIESEL #2 ULSD DYED | 90.000 | 3.5000 | 315.00 |
| | | | | Federal LUST Fee | | 0.0010 | 0.09 |
| | | | | Texas State Delivery Fee - Tier 1 | | | 1.70 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 968 | | ENVIRONMENTAL FEE | 1 | 16.0000 | 15.00 |

**Delivery Date:** 07/19/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22782055 | 22782055 | 108 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 352.50
Total Tax: 1.79

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $354.29**

Well name _Bodhi #1-H_

AFE# _116DC 0001_

Cost code _1200-014_

Amount $ _354.29_

Signature ___

Customer Aging Summary as of 07/29/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + | |
|---|---|---|---|---|---|
| $31,439.25 | $16,962.68 | | | | |

DX:ZSNC5512        TX:92263548                          Page 1 of 1

Elmer
B1024
7-19-19

## CACTUS FUEL
### 432-741-1514

Customer Name Pearl Oil & Gas

Location Both #1

FC# or Equip. CF 593

Name

Number

AFE or PO#

BOL# 80853

909045

Print Name

Signature

204986

72782055

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92266359
Invoice Date: 07/31/2019
Ship Date: 07/31/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83748375                    Order Number: 22789485

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---------------|---------------|----------|-------------------|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|-----------|-----------|--------|---------------------|-------------|------------|------------|
| 22789485 | 1198 | | DIESEL #2 ULSD DYED | 380.000 | 3.5000 | 1,330.00 |
| | | **Federal LUST Fee** | | | 0.0010 | 0.38 |
| | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|-----------|-----------|--------|---------------------|-------------|------------|------------|
| 22789485 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|-----------|-----------|--------|---------------------|-------------|------------|------------|
| 22789485 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 1,367.50
Total Tax: 2.08

**Please Remit To:
PO Box 677732
Dallas, TX 75267-7732**

Invoice Total: **$1,369.58**

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---------|--------|---------|---------|------|
| $14,742.46 | $12,905.45 | | | |

DX:ZSNC5512          TX:92266359                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92266359
Invoice Date: 07/31/2019
Ship Date: 07/31/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552          Caller:

AFE Number: 118DL0001          Cost Center: 1200-014

Reference Document: 83748375          Order Number: 22789485

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 07/31/2019          Tank ID:

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22789485 | 1198 | | DIESEL #2 ULSD DYED | 380.000 | 3.5000 | 1,330.00 |
| | | **Federal LUST Fee** | | | 0.0010 | 0.38 |
| | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 07/31/2019          Tank ID:

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22789485 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/31/2019          Tank ID:

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22789485 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 1,367.50
Total Tax: 2.08

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $1,369.58**

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $14,742.46 | $8,646.05 | | | |

DX:ZSNC5512          TX:92266359          Page 1 of 1

2 2 7 8 7 4 8 5

Eben
Byer
7-31-19

## CACTUS FUEL
432-741-1514

Customer Name _Frac Oil + Gas_

Location _602 H₄ #1_

FC# or Equip. _CF593_

Name _____

Number _____

AFE or PO# _____

BOL# _81853_

380 gals

227869485

Print Name _____

Signature _____

204636

Ekos
8013
7-31-19

## CACTUS FUEL
432-741-1514

Customer Name _Peak oil +GAS_

Location _GDH #1_

FC# or Equip. _CS593_

Name

Number

AFE or PO#

BOL# _8/853_

380945

227869485

Print Name

Signature

204636

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92266366
Invoice Date: 07/22/2019
Ship Date: 07/22/2019
Due Date: 08/11/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83748383                    Order Number: 22789688

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 985 | | Fuel - Lg. Tank Set (5K - 10K) | 1 | 750.0000 | 750.00 |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 54184 | | FUEL - 50 FT HOSE | 1 | | |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 51237 | | FUEL - CONTAINMENT | 1 | | |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 106 | | FUEL SURCHARGE | 1 | | |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 765.00
Total Tax: 0.00

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $765.00

Customer Aging Summary as of 07/22/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $45,913.91 | $3,679.56 | | | |

DX:ZSNC5512     TX:92266366                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

# Invoice

Invoice Number: 92266366
Invoice Date: 07/22/2019
Ship Date: 07/22/2019
Due Date: 08/11/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83748383                    Order Number: 22789688

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kent Vaughan | | |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 965 | | Fuel - Lg. Tank Set (5K - 10K) | 1 | 750.0000 | 750.00 |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 54184 | | FUEL - 50 FT HOSE | 1 | | |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 51237 | | FUEL - CONTAINMENT | 1 | | |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 106 | | FUEL SURCHARGE | 1 | | |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789688 | 22789688 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Well name _Bodhi #1-1H_

AFE# _114DC0001_

Cost code _1200-014_

Amount $ _765_

Signature _____

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

Sub Total: 765.00
Total Tax: 0.00

**Invoice Total: $765.00**

### Customer Aging Summary as of 07/22/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $45,913.91 | $3,679.56 | | | |

DX:ZSNC5512          TX:92266366                    Page 1 of 1

Chris   07/22/2019   W2002

## CACTUS FUEL
### 432-741-1514

Customer Name ___Pearl oil & gas___

Location ___Bodhi #1H___

FC# or Equip. ___CF989___

Name ___Chris___

Number ___979.777.7140___

AFE or PO# _____

BOL# ___37679___

set 1   10k tank

4hrs x $125h = $750

**Print Name** ...................................................................

**Signature** _____

210698
2278968

Chris   07/22/2019   W2002

## CACTUS FUEL
### 432-741-1514

Customer Name: Pearl oil & gas

Location: Bodhi #1H

FC# or Equip.: CF989

Name: Chris

Number: 979.777.7140

AFE or PO#: _____

BOL#: 37679

set 1 10K tank

6 hrs x $125h = $750

Print Name _____

Signature _____

210698
22789687

Chris    07/22/2019    W2002

## ☘ CACTUS FUEL
### 432-741-1514

Customer Name __Pearl oil & gas__

Location __Bodhi #1H__

FC# or Equip. __CF989__

Name __Chris__

Number __979-777-7140__

AFE or PO# _____

BOL# __37679__

set   1   10K   tank

6hrs x $125h = $750

**Print Name** _____

**Signature** _____

210698
227896088

Chris   07/22/2019   W2002

## CACTUS FUEL
### 432-741-1514

Customer Name _____ Pearl oil & gas

Location _____ Badhi #1H

FC# or Equip. _____ CF989

Name _____ Chris

Number _____ 979.777.7140

AFE or PO# _____

BOL# _____ 37679

set   1   10k   tank

6hrs x $125/h = $750

Print Name _____

Signature _____

210698
2278968

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
  "A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92266939
Invoice Date: 07/31/2019
Ship Date: 07/26/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83748838                    Order Number: 22789096

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/26/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 1198 | | DIESEL #2 ULSD DYED | 410.000 | 3.5000 | 1,435.00 |
| | | | Federal LUST Fee | | | 0.0010 | 0.41 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 07/26/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/26/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 1,472.50
Total Tax: 2.11

Please Remit To:
**PO Box 677732
Dallas, TX 75267-7732**

Invoice Total: **$1,474.61**

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $30,081.95 | $24,849.80 | | | |

DX:ZSNC5512        TX:92266939                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

# Invoice

Invoice Number: 92266939
Invoice Date: 07/31/2019
Ship Date: 07/26/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83748638                    Order Number: 22789096

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date: 07/26/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 1196 | | DIESEL #2 ULSD DYED | 410.000 | 3.5000 | 1,435.00 |
| | | | | Federal LUST Fee | | 0.0010 | 0.41 |
| | | | | Texas State Delivery Fee - Tier 1 | | | 1.70 |

**Delivery Date: 07/26/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date: 07/26/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22789096 | 22789096 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

Sub Total: 1,472.50
Total Tax: 2.11

Please Remit To:
PO Box 877732
Dallas, TX 75267-7732

## Invoice Total: $1,474.61

Well name _Bodhi #1-H_

AFE# _116DC0001_

Cost code _1200-04_

Amount $ _1474 61_

Signature _____

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $30,081.95 | $24,849.80 | | | |

DX:ZSNC5512        TX:92266939

Page 1 of 1

22789096

Elmer
61024
7-26-19

## CACTUS FUEL
### 432-741-1514

Customer Name _Pearl Oil & Gas_

Location _Bud Hi #1_

FC# or Equip. _CF 593_

Name _____

Number _____

AFE or PO# _____

BOL# _62516_

410 GALS

22789096

Print Name _____

Signature _____

205029

22789096

Elner
B1024
7-26-19

## CACTUS FUEL
### 432-741-1514

Customer Name _Pearl Oil + Gas_

Location _Bud Hi #1_

FC# or Equip. _CF 593_

Name _____

Number _____

AFE or PO# _____

BOL# _62516_

410 GALS

22789096

Print Name _____

Signature _____

205029

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92267923
Invoice Date: 07/31/2019
Ship Date: 07/22/2019
Due Date: 08/20/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83750149                          Order Number: 22791791

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22791791 | 22791791 | 1198 | | DIESEL #2 ULSD DYED | 3,200.000 | 2.3852 | 7,632.64 |
| | | | **Federal LUST Fee** | | | 0.0010 | 3.20 |
| | | | **Texas State Delivery Fee - Tier 2** | | | | 3.45 |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22791791 | 22791791 | 106 | | FUEL SURCHARGE | 1 | | |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22791791 | 22791791 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 7,647.64
Total Tax: 6.65

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $7,654.29**

Customer Aging Summary as of 07/31/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $32,183.38 | $24,849.80 | | | |

DX:ZSNC5512      TX:92267923                          Page 1 of 1

B-1024        Gerald        7-22-19

**CACTUS FUEL** 22791791
432-741-1514

Customer Name _Pearl Oil and Gas_

Location _Bodhi #1H_

FC# or Equip. _CF 989_

Name _Chris_

Number _979.777.7146_

AFE or PO# _____

BOL# _52941_

Filled with 3200 gallons of
fuel

Print Name _____

Signature _____

211705

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92271860
Invoice Date: 08/01/2019
Ship Date: 07/22/2019
Due Date: 08/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                Caller:

AFE Number: AFTER THE FACT

Reference Document: 83755765                Order Number: 22796751

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 41660 | 22796751 | 1198 | | DIESEL #2 ULSD DYED | 4,970.000 | 2.2882 | 11,372.18 |
| | | | **Federal LUST Fee** | | | 0.0010 | 4.97 |
| | | | **Texas State Delivery Fee - Tier 2** | | | | 3.45 |

**Delivery Date:** 07/22/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22796751 | 22796751 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/22/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| | 22796751 | 106 | | FUEL SURCHARGE | 1 | | |

Sub Total: 11,387.18
Total Tax: 8.42

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: $11,395.60

Customer Aging Summary as of 08/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $54,202.98 | $7,352.59 | | | |

DX:ZSNC5512      TX:92271860      Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92271860
Invoice Date: 08/01/2019
Ship Date: 07/22/2019
Due Date: 08/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                                      Caller:

AFE Number: AFTER THE FACT

Reference Document: 83755765                           Order Number: 22796751

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date: 07/22/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 41660 | 22796751 | 1198 | | DIESEL #2 ULSD DYED | 4,970.000 | 2.2882 | 11,372.16 |
| | | | Federal LUST Fee | | | 0.0010 | 4.97 |
| | | | Texas State Delivery Fee - Tier 2 | | | | 3.45 |

**Delivery Date: 07/22/2019**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22796751 | 22796751 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date: 07/22/2019**

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| | 22796751 | 106 | | FUEL SURCHARGE | 1 | | |

Sub Total: 11,387.18
Total Tax: 8.42

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $11,395.60**

Well name _Bodh. #1. H_

AFE# _114Dc0001_

Cost code _1200-014_

Amount $ _11,395.⁰⁰_

Signature _____

Customer Aging Summary as of 08/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $54,202.98 | 97,352.59 | | | |

DX:ZSNC5512     TX:92271860                    Page 1 of 1

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

22796751

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
PEARL-OIL-AND-GAS-BODHI-1H
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is an invoice
22779550
Date: 07/22/2019
Del. Time: 06:00-11:00
7/22 AM 0600-1100

**BOL**: 41660

**DTR**:

| Quantity | | Material Description | Price | | | |
|---|---|---|---|---|---|---|
| Ordered | Delivered - G | | Base | Tax | Total | Amount |
| 7,200.000 UG6 | 4,970.000 UG6 | Material #: 1198 DIESEL #2 ULSD DYED COMBUSTIBLE LIQUID,NON TAXABLE USE, | 3.5000 | 0.0017 | 3.5017 | 17,403.42 |
| Begin: 4000 | | End: 9000 | Generator 4,970.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 106 FUEL SURCHARGE | 22.5000 | 0.0000 | 22.5000 | 22.50 |
| Begin: 0 | | End: 0 | None 1.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 966 ENVIRONMENTAL FEE | 15.0000 | 0.0000 | 15.0000 | 15.00 |
| Begin: 0 | | End: 0 | None 1.000 | | | |

**Total: $17,440.92**

Driver Name:     JOHN BLAHA
Driver Number:   0000311167
Vehicle Number:  MTR2084714
Lat/Long:        32.8115971/-102.89818
AFE Number:  AFTER THE FACT

Caller:          CHRIS .
Caller Phone:  9797777146
Customer Email:

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com**  OR Fax documents to 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
Do not Write Below This Line

DX:ZFDT5512    TX:22779550    Page 1 of 2

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
PEARL-OIL-AND-GAS-BODHI-1H
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is an Invoice
**22779550**
Date: 07/22/2019
Del. Time: 06:00-11:00
7/22 AM 0600-1100

**BOL:** , 41660,

**DTR:**

**SIGNATURE REQUIRED**      **STAMP REQUIRED**

John B

SO #: 0022779550          7 22 2019 4:42 42 PM  0600

GAINESOut of Hobbs head east on 180 towards Seminole TL on cr 237 go roughly4 miles to Cr 231 TL on 231 go 3 miles to location on left

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com** OR Fax documents to 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
Do not Write Below This Line

DX:ZFDT5512   TX:22779550   Page 2 of 2

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92271862
Invoice Date: 08/01/2019
Ship Date: 07/05/2019
Due Date: 08/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                 Caller:

AFE Number: AFTER THE FACT

Reference Document: 83755767                 Order Number: 22796763

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/05/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22796763 | 22796763 | 1198 | | DIESEL #2 ULSD DYED | 3,400.000 | 2.4839 | 8,445.26 |
| | | | Federal LUST Fee | | | 0.0010 | 3.40 |
| | | | Texas State Delivery Fee - Tier 2 | | | | 3.45 |

**Delivery Date:** 07/05/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| | 22796763 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 07/05/2019

| | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| | 22796763 | 106 | | FUEL SURCHARGE | 1 | | |

Sub Total: 8,460.26
Total Tax: 6.85

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $8,467.11**

Customer Aging Summary as of 08/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $54,202.98 | $7,352.59 | | | |

DX:ZSNC5512     TX:92271862                 Page 1 of 1

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PEARL-OIL-AND-GAS-BODHI-1H
PEARL-OIL-AND-GAS-BODHI-1H
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is not an Invoice
**22767327**
Date: 07/05/2019
Del. Time: 06:00-11:00
7/5 600-1100****

BOL: 258/177

DTR: 70853055

| Quantity | | Material Description | Price | | | Amount |
|---|---|---|---|---|---|---|
| Ordered | Delivered - G | | Base | Tax | Total | |
| 5,000.000 UG6 | 3,400 | Material #: 1198 DIESEL #2 ULSD DYED COMBUSTIBLE LIQUID,NON TAXABLE USE, | 3.5000 | 0.0021 | 3.5021 | 11,907.14 |
| Begin: | | End: | MUD / RIG / OTHER  (circle one) | | | |
| 1.000 EA | | Material #: 966 ENVIRONMENTAL FEE | 15.0000 | 0.0000 | 15.0000 | 15.0000 |
| Begin: | | End: 7/8 | | | | |
| 1.000 EA | | Material #: 106 FUEL SURCHARGE | 22.5000 | 0.0000 | 22.5000 | 22.5000 |
| Begin: | | End: | | | | |

Received By Printed: _____

**SIGNATURE REQUIRED**
Received By Signature: _____

Total: 11,944.64

AFE Number: OBTAIN ON LOCATION  *Company Man Not Available*

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com**  OR Fax documents to: 866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.
———————— *Do not Write Below This Line* ————————

DX:ZFDT5512    TX:22767327    Page 1 of 2

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92274708
Invoice Date: 08/01/2019
Ship Date: 07/31/2019
Due Date: 08/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83760079                          Order Number: 22797683

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22797683 | 915 | | Fuel - Med. Tank Pickup (2K - 4K) | 1 | 500.0000 | 500.00 |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22797683 | 54184 | | FUEL - 50 FT HOSE | 1 | | |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22797683 | 51237 | | FUEL - CONTAINMENT | 1 | | |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22797683 | 106 | | FUEL SURCHARGE | 1 | | |

**Delivery Date:** 07/31/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22797683 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 515.00
Total Tax: 0.00

**Please Remit To:**
PO Box 677732
Dallas, TX 75267-7732

Invoice Total:  $515.00

Customer Aging Summary as of 08/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $54,717.98 | $7,352.59 | | | |

DX:ZSNC5512      TX:92274708                          Page 1 of 1

Fret
01/31/19   **CACTUS FUEL**   22797683   ⁰1630
432-741-1514

Customer Name Pearl Oil and Gas

Location Bodhi #1 H

FC# or Equip. T009288

Name Chris

Number 979-777-7146

AFE or PO# 

BOL# 67913

TANK Pickup ʷ/stech cont.

4 K

4hrs x $ 125h = $500

**Print Name** 

**Signature** 

182669

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92284070
Invoice Date: 08/01/2019
Ship Date: 08/01/2019
Due Date: 08/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83774443                    Order Number: 22811405

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 08/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22811405 | 22811405 | 1198 | | DIESEL #2 ULSD DYED | 4,000.000 | 2.3832 | 9,532.80 |
| | | | **Federal LUST Fee** | | | 0.0010 | 4.00 |
| | | | **Texas State Delivery Fee - Tier 2** | | | | 3.45 |

**Delivery Date:** 08/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22811405 | 22811405 | 106 | | FUEL SURCHARGE | 1 | | |

**Delivery Date:** 08/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22811405 | 22811405 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 9,547.80
Total Tax: 7.45

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$9,555.25**

Customer Aging Summary as of 08/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $50,228.28 | $7,352.59 | | | |

DX:ZSNC5512    TX:92284070                    Page 1 of 1

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PRL-BODHI-1H-OHT
-BODHI-1H-OHT
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is not an invoice
**22788238**
**Date: 08/01/2019**
**Del. Time: 08:00-13:00**
**08/01 MORNING**

**BOL:** 2608496,

**DTR:**

| Quantity | | Material Description | Price | | | Amount |
|---|---|---|---|---|---|---|
| Ordered | Delivered - G | | Base | Tax | Total | |
| 4,000.000 UG6 | 4,000.000 UG6 | Material #: 1198 DIESEL #2 ULSD DYED COMBUSTIBLE LIQUID,NON TAXABLE USE, | 3.5000 | 0.0019 | 3.5019 | 14,007.45 |
| Begin: 5575 | | End: 8750 | Yard 4,000.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 106 FUEL SURCHARGE | 22.5000 | 0.0000 | 22.5000 | 22.50 |
| Begin: 0 | | End: 0 | None 1.000 | | | |
| 1.000 EA | 1.000 EA | Material #: 966 ENVIRONMENTAL FEE | 15.0000 | 0.0000 | 15.0000 | 15.00 |
| Begin: 0 | | End: 0 | None 1.000 | | | |

**Total: $14,044.95**

Driver Name:     VINCE JERNIGAN
Driver Number:   0000270974
Vehicle Number:  MTR2084708
Lat/Long:        32.8116000/-102.89839
AFE Number:  AFTER THE FACT

Caller:        Chris .
Caller Phone: 9797777146
Customer Email:

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com** OR Fax documents to 866-561-6656
Errors and/or omissions on this document will be corrected on the invoice.
———— Do not Write Below This Line ————

DX:ZFDT5512    TX:22788238    Page 1 of 2

To access a Material Safety Data Sheet for the following product(s), please visit
http://www.pilotthomas.com/corporate-safety-data-sheets.html

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Sold To:2001003552
PEARL OPCO MTN, LLC

Ship To: 4001255820
PRL-BODHI-1H-OHT
-BODHI-1H-OHT
UNINCORPORATED, TX
GAINES County

**Delivery Document**
This is not an invoice
**22788238**
**Date: 08/01/2019**
**Del. Time: 08:00-13:00**
**08/01 MORNING**

**BOL:** , 2608496,

**DTR:**

**SIGNATURE REQUIRED**      **STAMP REQUIRED**

Chris Stephen



SO#: 0022788238      8 1 2019 12:18:36 PM  05CC

GAINESOut of Hobbs head east on 180 towards Seminole TL on cr 237 to cntyroad 212 and take a right and travel 2 miles to location on theright...

For TX deliveries, the per gallon tax amount includes all applicable state mandated fees and may change based on actual gallons delivered.
**Please sign/stamp and return to signeddocs@pilotthomas.com**  OR Fax documents to  866-561-6656
Errors and /or omissions on this document will be corrected on the invoice.

Do not Write Below This Line

DX:ZFDT5512   TX:22788238   Page 2 of 2

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92287063
Invoice Date: 08/13/2019
Ship Date: 08/13/2019
Due Date: 09/02/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001257911
PRLBODHI-1H-BULK-TANK
Gaines County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83778794                    Order Number: 22810998

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 08/13/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22810998 | 989 | | Fuel - Lg. Tank Pickup (5K - 10K) | 1 | 750.0000 | 750.00 |

**Delivery Date:** 08/13/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22810998 | 54184 | | FUEL - 50 FT HOSE | 1 | | |

**Delivery Date:** 08/13/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22810998 | 51237 | | FUEL - CONTAINMENT | 1 | | |

**Delivery Date:** 08/13/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22810998 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 08/13/2019

| Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 22810998 | 106 | | FUEL SURCHARGE | 1 | | |

Sub Total: 765.00
Total Tax: 0.00

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total:  $765.00

Customer Aging Summary as of 08/13/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $43,690.53 | $-3,580.83 | $3,249.40 | | |

DX:ZSNC5512      TX:92287063                    Page 1 of 1

8-13-19                                    1644
OTHA      ⚜ CACTUS FUEL    22 401
RULE      432-741-1514

Customer Name Pearl Oil and Gas
Location Bodhi #1H

FC# or Equip. CF989
Name Chris
Number 979-777-7144
AFE or PO#
BOL# 81153

10K TANK PU
NO CONTAINMENT
150F HOSE, 12V PUMP

$750
chris

22810998

Print Name Chris Barger
Signature
214701

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
   "A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92297425
Invoice Date: 09/01/2019
Ship Date: 09/01/2019
Due Date: 09/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552　　　　　　　Caller:

AFE Number: AFTER THE FACT

Reference Document: 83794213　　　　　　　Order Number: 22776064

| Payment Terms | Salesman Name | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | Kerri Vaughan | | |

**Delivery Date:** 09/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776064 | 22776064 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 09/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776064 | 22776064 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 09/01/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50903 | 22776064 | 1198 | | DIESEL #2 ULSD DYED | 187.000 | 3.5000 | 654.50 |
| | | Federal LUST Fee | | | | 0.0010 | 0.19 |
| | | Texas State Delivery Fee - Tier 1 | | | | | 1.70 |

Sub Total: 692.00
Total Tax: 1.89

**Please Remit To:**
PO Box 677732
Dallas, TX 75267-7732

Invoice Total:  $693.89

Customer Aging Summary as of 09/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,458.89 | $35,241.51 | $3,093.19 | | |

DX:ZSNC5512　　　TX:92297425

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

# Invoice

Invoice Number: 92297425
Invoice Date: 09/01/2019
Ship Date: 09/01/2019
Due Date: 09/21/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001255820
PRL-BODHI-1H-OHT
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552              Caller:

AFE Number: AFTER THE FACT

Reference Document: 83794213                     Order Number: 22776064

| Payment Terms | | | Ship Via | Reference Numbers |
|---|---|---|---|---|
| Net 20 Days | | | | |

**Delivery Date:** 09/01/2019                                         Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776064 | 22776064 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 09/01/2019                                         Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22776064 | 22776064 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 09/01/2019                                         Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 50903 | 22776064 | 1198 | | DIESEL #2 ULSD DYED | 187.000 | 3.5000 | 654.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.19 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

Sub Total: 692.00
Total Tax: 1.89

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: $693.89

Customer Aging Summary as of 09/01/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,458.89 | $35,241.51 | $3,093.19 | | |

DX:ZSNC5512      TX:92297425                     Page 1 of 1

Elmer
B1026
7-12-19

## CACTUS FUEL
### 432-741-1514

Customer Name Pearl oil & gas

Location Bod Hi #1

FC# or Equip. CF593

Name

Number

AFE or PO#

BOL# 50903

187 gALS

Print Name

Signature

2047357606y
22776064

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92301983
Invoice Date: 09/18/2019
Ship Date: 09/18/2019
Due Date: 10/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                Caller:

AFE Number: AFTER THE FACT

Reference Document: 83799935                              Order Number: 22830634

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 09/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 1198 | | DIESEL #2 ULSD DYED | 335.000 | 3.5000 | 1,172.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.34 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 09/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 09/18/2019

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 1,210.00
Total Tax: 2.04

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $1,212.04**

Customer Aging Summary as of 09/18/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,905.93 | $41,196.44 | $-5,776.30 | $3,679.56 | |

DX:ZSNC5512      TX:92301983                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92301983
Invoice Date: 09/18/2019
Ship Date: 09/18/2019
Due Date: 10/08/2019

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83799935                        Order Number: 22830634

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 09/18/2019                                  Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 1198 | | DIESEL #2 ULSD DYED | 335.000 | 3.5000 | 1,172.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.34 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 09/18/2019                                  Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 09/18/2019                                  Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22830634 | 22830634 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 1,210.00
Total Tax: 2.04

Please Remit To:
PO Box 677732
Dallas, TX 75267-7732

**Invoice Total: $1,212.04**

Customer Aging Summary as of 09/18/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,905.93 | $41,196.44 | $-5,776.30 | $3,679.56 | |

DX:ZSNC5512        TX:92301983                        Page 1 of 1

9/18/19
Chaddis

1002165

## CACTUS FUEL
### 432-741-1514

Customer Name Pearl Oil and Gas
Location Zea Dawn Saltwater
Disposal #1
FC# or Equip. CF602/TO18218
Name
Number
AFE or PO#
BOL.# 81339
Dyed

335 gal

106
966
22830634

DTR 71206317

Print Name
Signature

213426

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92358167
Invoice Date: 12/17/2019
Ship Date: 12/17/2019
Due Date: 01/06/2020

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83884130                    Order Number: 22897480

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 12/17/2019                                        Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22897480 | 22897480 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 12/17/2019                                        Tank ID:

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22897480 | 22897480 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 12/17/2019                                        Tank ID: T018218

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 72171 | 22897480 | 1198 | | DIESEL #2 ULSD DYED | 365.000 | 3.5000 | 1,277.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.37 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

Sub Total: 1,315.00
Total Tax: 2.07

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

**Invoice Total: $1,317.07**

Customer Aging Summary as of 12/17/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,317.07 | | | $1,905.93 | $39,099.70 |

DX:ZSNC5512        TX:92358167                    Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92358167
Invoice Date: 12/17/2019
Ship Date: 12/17/2019
Due Date: 01/06/2020

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83884130                          Order Number: 22897480

| Payment Terms | | Ship Via | Reference Numbers |
|---|---|---|---|
| Net 20 Days | | | |

**Delivery Date:** 12/17/2019                                              **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22897480 | 22897480 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

**Delivery Date:** 12/17/2019                                              **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22897480 | 22897480 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 12/17/2019                                              **Tank ID:** T018218

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 72171 | 22897480 | 1198 | | DIESEL #2 ULSD DYED | 365.000 | 3.5000 | 1,277.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.37 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

Sub Total: 1,315.00
Total Tax: 2.07

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

**Invoice Total:  $1,317.07**

Customer Aging Summary as of 12/17/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $1,317.07 | | | $1,905.93 | $39,099.70 |

Elmer
B1023
12-17-19

## CACTUS FUEL
A Division of Pilot Thomas Logistics
**432-741-1514**

Company Name _Pearl oil & gas_

Lease _Red Dawn #1 SWD_

Tank # _TO18218_

Name _____

Number _____

AFE or PO# _____

BOL# _72171_

County _____

365 gals Dyed

1010
9606

#22897480

Print Name _____

Signature _____

217000

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

# Invoice

Invoice Number: 92361971
Invoice Date: 12/24/2019
Ship Date: 12/24/2019
Due Date: 01/13/2020

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                          Caller:

AFE Number: AFTER THE FACT

Reference Document: 83889833                         Order Number: 22902265

| Payment Terms | | | Ship Via | Reference Numbers |
|---|---|---|---|---|
| Net 20 Days | | | | |

**Delivery Date:** 12/24/2019                                  **Tank ID:** T018218

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 79352 | 22902265 | 1198 | | DIESEL #2 ULSD DYED | 359.000 | 3.5000 | 1,256.50 |
| | | | Federal LUST Fee | | | 0.0010 | 0.36 |
| | | | Texas State Delivery Fee - Tier 1 | | | | 1.70 |

**Delivery Date:** 12/24/2019                                  **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22902265 | 22902265 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 12/24/2019                                  **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22902265 | 22902265 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 1,294.00
Total Tax: 2.06

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: $1,296.06

Customer Aging Summary as of 12/24/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $2,613.13 | | | $1,212.04 | $39,793.59 |

DX:ZSNC5512        TX:92361971                          Page 1 of 1

Pilot Thomas Logistics, LLC
201 N Rupert St
Fort Worth, TX 76107
"A Pilot Thomas Logistics Company"

Account Rep Information:
Loraine Smith

Loraine.smith@pilotthomas.com

**Invoice**

Invoice Number: 92361971
Invoice Date: 12/24/2019
Ship Date: 12/24/2019
Due Date: 01/13/2020

Bill To: 2001003552
PEARL OPCO MTN, LLC
815 WALKER STREET, SUITE 1001
HOUSTON, TX 77002

Ship To: 4001252264
PEARL-OIL-AND-GAS-RED-DAWN-#1-SWD
GAINES County
UNINCORPORATED, TX 00000

Payer: 2001003552                    Caller:

AFE Number: AFTER THE FACT

Reference Document: 83889833                    Order Number: 22902265

| Payment Terms | | | Ship Via | Reference Numbers |
|---|---|---|---|---|
| Net 20 Days | | | | |

**Delivery Date:** 12/24/2019                    **Tank ID:** T018218

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 79352 | 22902265 | 1198 | | DIESEL #2 ULSD DYED | 359.000 | 3.5000 | 1,256.50 |
| | | | **Federal LUST Fee** | | | 0.0010 | 0.36 |
| | | | **Texas State Delivery Fee - Tier 1** | | | | 1.70 |

**Delivery Date:** 12/24/2019                    **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22902265 | 22902265 | 106 | | FUEL SURCHARGE | 1 | 22.5000 | 22.50 |

**Delivery Date:** 12/24/2019                    **Tank ID:**

| BOL No. | Order No. | Prod Code | Mfr PN | Product Description | Qty Shipped | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 22902265 | 22902265 | 966 | | ENVIRONMENTAL FEE | 1 | 15.0000 | 15.00 |

Sub Total: 1,294.00
Total Tax: 2.06

**Please Remit To:**
**PO Box 677732**
**Dallas, TX 75267-7732**

Invoice Total: **$1,296.06**

Customer Aging Summary as of 12/24/2019

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 + |
|---|---|---|---|---|
| $2,613.13 | | | $1,212.04 | $39,793.59 |

DX:ZSNC5512        TX:92361971                    Page 1 of 1

Elmer
B/023
12/24/19

**CACTUS FUEL**
A Division of Pilot Thomas Logistics
**432-741-1514**

Company Name _Pearl Oil & Gas_

Lease _Red Dawn SWD #1_

Tank # _70!8218_

Name _____

Number _____

AFE or PO# _____

BOL# _79352_

County _____

359 gals Dyed

DG
9000      # 229022265

Print Name _____

Signature _____

223021