# EXHIBIT D

# DESIGNATION OF TERMINATED ACREAGE AND DEPTHS
# STATE LEASE NO. MF-113155
# PECOS COUNTY, TEXAS

WHEREAS, the twenty-seven (27) Oil and Gas Leases reflected on the attached Exhibit "A" ("Leases") were entered into by and between the indicated Lessors, as agent for the State of Texas, and the indicated Lessees ("Lessee"), covering All of Section 20 and the South half of Section 22, Block 8, H&GN Ry. Co., Pecos County, Texas, containing 955.22 acres, more or less, and being more particularly described in each of the Leases recorded in the Official Public Records of Pecos County, Texas and on file in the Archives and Records of the Texas General Land Office ("GLO") in Mineral File MF-113155;

WHEREAS, each Lease, by Paragraph No. 16, provides for the termination of certain acreage and depths covered by the Lease two years after the expiration date of the primary term and provides that the Lessee shall execute and record a release containing a satisfactory legal description of the acreage and/or depths not retained under the Lease, and if Lessee fails or refuses to execute and record such release, then the Commissioner of the GLO at his sole discretion may designate the acreage and/or depths to be released and record such instrument at Lessee's expense and such designation shall be binding upon Lessee for all purposes;

WHEREAS, Pearl Resources LLC ("Pearl"), as Lessee, successor in interest to the initial Lessees and the designated operator of the Leases, failed or refused to execute and record a Partial Release within thirty (30) days after the automatic partial termination of the Leases;

WHEREAS, the GLO has requested Pearl to execute and record a Partial Release; and

WHEREAS, more than ninety (90) days have elapsed since Pearl has received notice of the request to execute and record a Partial Release.

NOW, THEREFORE, I George P. Bush, Commissioner of the Texas General Land Office, in accordance with the provisions of the Lease, do hereby designate the following acreage and/or depths as the acreage and depths as to which the Lease has terminated, and which are hereby released from the coverage of the Lease:

1) **All depths under that certain tract of land containing 315.22 acres, more or less, being the North 315.22 acres lying outside the 320-acre proration unit for the Garnet State Well No. 3, API No. 42-371-39411 in Section 20, Block 8, H&GN Ry. Co., A-5206, Pecos County, Texas; and**

2) **All depths under that certain tract of land containing 320 acres, more or less, being the South half of Section 22, Block 8, H&GN Ry. Co., A-5208, Pecos County, Texas.**

In witness whereof, this instrument is executed upon the date indicated below.

Date Executed: 2/3/2020

STATE OF TEXAS

By: _____
George P. Bush, Commissioner
Texas General Land Office

Approved:
content
div
OGC
executive

2020-169272 TLS
02/11/2020 09:37:10 AM       Total Pages: 7
Liz Chapman - Pecos County County, TX    Fee: $50.00

1

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

Lease 1
Mineral File:      MF-113155-A
Date:              September 7, 2011
Lessor:            Joe Ben Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118523, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2014-133399

Lease 2
Mineral File:      MF-113155-C
Date:              October 4, 2011
Lessor:            Ralph Thomas Cannon, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118774, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2014-133400

Lease 3
Mineral File:      MF-113155-D
Date:              September 7, 2011
Lessor:            Lynda B. Phipps as Agent for the State of Texas,
Lessee:            B. Kole Killion
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Recorded:          Instrument No. 2011-118529, Official Public Records of Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2016-144105

Lease 4
Mineral File:      MF-113155-E
Date:              September 7, 2011
Lessor:            David T. Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Recorded:          Instrument No. 2011-118532, Official Public Records of Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2014-133988

Lease 5
Mineral File:      MF-113155-F
Date:              September 7, 2011
Lessor:            Ronald Morris Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118531, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2016-144106

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

**Lease 6**
| | |
|---|---|
| Mineral File: | MF-113155-G |
| Date: | September 7, 2011 |
| Lessor: | Jone Brandenburg, as Agent for the State of Texas |
| Lessee: | B. Kole Killion |
| Recorded: | Instrument No. 2011-118530, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | Five Years |
| Amended: | Instrument No. 2014-133390 |

**Lease 7**
| | |
|---|---|
| Mineral File: | MF-113155-J |
| Date: | October 8, 2011 |
| Lessor: | Jerome Arthur Dreifuerst, III, as Agent for the State of Texas |
| Lessee: | B. Kole Killion |
| Recorded: | Instrument No. 2011-118563, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | Five Years |

**Lease 8**
| | |
|---|---|
| Mineral File: | MF-113155-K |
| Date: | September 7, 2011 |
| Lessor: | Sarah Fukasawa, as Agent for the State of Texas |
| Lessee: | B. Kole Killion |
| Recorded: | Instrument No. 2011-118528, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | Five Years |
| Amended: | Instrument No. 2014-133393 |

**Lease 9**
| | |
|---|---|
| Mineral File: | MF-113155-L |
| Date: | September 7, 2011 |
| Lessor: | James Thomas Childs, as Agent for the State of Texas |
| Lessee: | B. Kole Killion |
| Recorded: | Instrument No. 2011-118526, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | Five Years |

**Lease 10**
| | |
|---|---|
| Mineral File: | MF-113155-M |
| Date: | September 7, 2011 |
| Lessor: | Melissa Childs, as Agent for the State of Texas |
| Lessee: | B. Kole Killion |
| Recorded: | Instrument No. 2011-118527, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | Five Years |

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

Lease 11
Mineral File:      MF-113155-P
Date:              September 13, 2011
Lessor:            George Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118521, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years

Lease 12
Mineral File:      MF-113155-Q
Date:              September 13, 2011
Lessor:            Karl Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118520, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years

Lease 13
Mineral File:      MF-113155-R
Date:              September 13, 2011
Lessor:            Kurt Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118525, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years

Lease 14
Mineral File:      MF-113155-S
Date:              November 8, 2011
Lessor:            Elvia Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118770, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2016-144453

Lease 15
Mineral File:      MF-113155-T
Date:              September 7, 2011
Lessor:            John D. Brandenburg, as Agent for the State of Texas
Lessee:            B. Kole Killion
Recorded:          Instrument No. 2011-118524, Official Public Records of Pecos County, Texas
Lands Described:   All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                   S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:      Five Years
Amended:           Instrument No. 2014-133384

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

**Lease 16**
Mineral File: MF-113155-U
Date: September 7, 2011
Lessor: Robert Gene Brandenburg, as Agent for the State of Texas
Lessee: B. Kole Killion
Recorded: Instrument No. 2011-118522, Official Public Records of Pecos County, Texas
Lands Described: All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term: Five Years
Amended: Instrument No. 2014-133397

**Lease 17**
Mineral File: MF-113155-V
Date: October 6, 2011
Lessor: Stephanie Lafawn Noel, as Agent for the State of Texas
Lessee: B. Kole Killion
Recorded: Instrument No. 2011-118777, Official Public Records of Pecos County, Texas
Lands Described: All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term: Five Years
Amended: Instrument No. 2014-133398

**Lease 18**
Mineral File: MF-113155-W
Date: October 5, 2011
Lessor: Tara Ann Cimino, as Agent for the State of Texas
Lessee: B. Kole Killion
Recorded: Instrument No. 2011-118775, Official Public Records of Pecos County, Texas
Lands Described: All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term: Five Years
Amended: Instrument No. 2014-133391

**Lease 19**
Mineral File: MF-113155-X
Date: October 4, 2011
Lessor: Joanna Lee Noel, as Agent for the State of Texas
Lessee: B. Kole Killion
Recorded: Instrument No. 2011-118776, Official Public Records of Pecos County, Texas
Lands Described: All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term: Five Years
Amended: Instrument No. 2014-133989

**Lease 20**
Mineral File: MF-113155-Y
Date: October 4, 2011
Lessor: Jennifer Marie Noel, as Agent for the State of Texas
Lessee: B. Kole Killion
Recorded: Instrument No. 2011-118773, Official Public Records of Pecos County, Texas
Lands Described: All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term: Five Years
Amended: Instrument No. 2014-133392

5

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

Lease 21
Mineral File:        MF-113155-DD
Date:                September 1, 2011
Lessor:              Thomas Del Brandenburg, as Agent for the State of Texas
Lessee:              B. Kole Killion
Recorded:            Instrument No. 2011-118562, Official Public Records of Pecos County, Texas
Lands Described:     All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                     S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:        Five Years
Amended:             Instrument No. 2014-133985


Lease 22
Mineral File:        MF-113155-OO
Date:                July 26, 2016
Lessor:              Barbara Brandenburg, Life Estate, as Agent for the State of Texas
Lessee:              Pearl Resources LLC
Recorded:            Instrument No. 2016-144108, Official Public Records of Pecos County, Texas
Lands Described:     All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                     S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:   One Year


Lease 23
Mineral File:        MF-113155-PP
Date:                August 16, 2016
Lessor:              Kathleen Page Nobles, as Agent for the State of Texas
Lessee:              Pearl Resources LLC
Recorded:            Instrument No. 2016-144243, Official Public Records of Pecos County, Texas
Lands Described:     All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                     S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:        One Year


Lease 24
Mineral File:        MF-113155-QQ
Date:                August 17, 2016
Lessor:              Carolyn Page Price, as Agent for the State of Texas
Lessee:              Pearl Resources LLC
Recorded:            Instrument No. 2016-144242, Official Public Records of Pecos County, Texas
Lands Described:     All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                     S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:        One Year


Lease 25
Mineral File:        MF-113155-RR
Date:                August 17, 2016
Lessor:              Paul E. Page, Jr., as Agent for the State of Texas
Lessee:              Pearl Resources LLC
Recorded:            Instrument No. 2016-144244, Official Public Records of Pecos County, Texas
Lands Described:     All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas
                     S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas
Primary Term:        One Year

Exhibit "A"
Attached to and made a part of that certain
Designation of Terminated Acreage and Depths
State Lease No. MF-113155
Pecos County, Texas

Lease 26
| | |
|---|---|
| Mineral File: | MF-113155-SS |
| Date: | August 25, 2016 |
| Lessor: | Patricia Page Gardner, as Agent for the State of Texas |
| Lessee: | Pearl Resources LLC |
| Recorded: | Instrument No. 2016-144373, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | One Year |

Lease 27
| | |
|---|---|
| Mineral File: | MF-113155-TT |
| Date: | September 9, 2016 |
| Lessor: | Texas Scottish Rite Hospital for Crippled Children, as Agent for the State of Texas |
| Lessee: | Pearl Resources LLC |
| Recorded: | Instrument No. 2016-144757, Official Public Records of Pecos County, Texas |
| Lands Described: | All - Section 20, Block 8, H&GN Ry. Co. – 635.22 acres, Pecos County, Texas |
| | S ½ - Section 22, Block 8, H&GN Ry. Co. – 320.00 acres, Pecos County, Texas |
| Primary Term: | One Year |