

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/28/2020

| | | |
|---|---|---|
| IN RE: | § § | |
| **PEARL RESOURCES LLC** | § § | CASE NO. 20-31585-11 |
| | § | CASE NO. 20-31586-11 |
| **PEARL RESOURCES OPERATING CO. LLC** | § § § | (Chapter 11) |
| *Debtors* | § § | |
| | § § § § | Jointly Administered Under Case No. 20-31585-11 Judge Eduardo V. Rodriguez |

## ORDER GRANTING DEBTORS' EMERGENCY MOTION TO EXTEND TIME TO FILE A CHAPTER 11 PLAN

Came on for consideration, the Debtors' Emergency Motion to Extend Time to File a Chapter 11 Plan ("Motion"), and having considered the responses, submissions of the parties, and the arguments of counsel, if any, the Court is of the opinion that the motion should be granted. Therefore it is,

ORDERED that the Debtors' Chapter 11 Plan in this case shall be filed on or before **July 1, 2020**.

Signed: May 28, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge