IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| **PEARL RESOURCES LLC** | § § | **CASE NO. 20-31585-11** |
| **PEARL RESOURCES OPERATING CO. LLC** | § § § | **CASE NO. 20-31586-11** (Chapter 11) |
| *Debtors* | § § § § § § | **Jointly Administered Under Case No. 20-31585-11** **Judge Eduardo V. Rodriguez** |

**DEBTORS' COUNSEL MONTHLY STATEMENT FOR MAY 2020**
[Relates to Docket 71]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Counsel for the Debtors, Pearl Resources LLC and Pearl Resources Operating Co. LLC (collectively, the "Debtors"), hereby submits its monthly statement required by the Court's Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 71), and provides as follows:

1. Services performed for month of May 2020: work on Complaint to invalidate mineral lien asserted by Nabors; receipt and review of amended proofs of claims; prepare and finalize objections to various proofs of claim; prepare for and attend telephone conferences with Ruckus Energy and client; continue work on removal of case filed in Pecos County to bankruptcy court in Western District of Texas and Motions to Transfer Venue to Southern District of Texas; work on finalizing Debtor's monthly operating reports for April; prepare motion to extend exclusivity and prepare for and attend telephonically motion to extend exclusivity; various consultations with client; continue work on formulating plan.

2. Summary of time incurred:

| Jeremy Masten | 2.50 hrs | $545.22 |
|---|---|---|
| Melissa Allen | 22.40 hrs | $2,442.57 |
| Walter Cicack | 30.60 hrs | $12,012.21 |
| | Total | $15,000.00 |

3. Summary of Expenses:

| | |
|---|---|
| Third-party Mailout Services | $853.93 |
| Postage | $115.76 |
| Service Fees | $1,257.20 |
| Total | $2,226.89 |

## Conclusion

Counsel for the Debtors has submitted its entire unredacted invoice to Debtors, the United States Trustee, and the Subchapter V Trustee. The Debtors' counsel submits this summary of its May 2020 invoice in accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

DATED:   June 4, 2020

Respectfully submitted,

HAWASH CICACK & GASTON LLP

*/s/ Walter J. Cicack*
WALTER J. CICACK
Texas State Bar No. 04250535
wcicack@hcgllp.com
JEREMY M. MASTEN
Texas State Bar No. 24083454
jmasten@hcgllp.com
3401 Allen Parkway, Suite 200
Houston, Texas 77019
(713) 658-9015 - tel/fax

**COUNSEL FOR DEBTORS**

## Certificate of Service

I hereby certify that a true and correct copy of the document has been served on the U.S. Trustee, the Subchapter V Trustee, and to the parties listed on the Court's ECF notification system via the Court's ECF notification system, on June 4, 2020.

                                                    */s/ Walter J. Cicack*
                                                    Walter J. Cicack