

ENTERED
06/11/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PEARL RESOURCES, LLC and | § | Case No. 20-31585-11 |
| | § | |
| PEARL RESOURCES OPERATING CO. LLC, | § | Case No. 20-31586-11 |
| | § | |
| | § | Jointly Administered under |
| | § | Case No. 20-31585 |
| Debtors. | § | |

**ORDER GRANTING EMERGENCY MOTION OF PILOT THOMAS LOGISTICS, LLC TO SHORTEN NOTICE ON THE MOTION TO CONSOLIDATE CLAIM OBJECTION WITH ADVERSARY PROCEEDING AND SETTING ELECTRONIC HEARING**

Upon consideration of the *Emergency Motion of Pilot Thomas Logistics, LLC to Shorten Notice of the Motion to Consolidate Claim Objection with Adversary Proceeding* (the "Motion")[1] filed by Pilot Thomas Logistics, LLC ("Pilot Thomas"), the Court, having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and Pilot Thomas having provided appropriate notice under the circumstances of the Motion and the opportunity for a hearing on the Motion, and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] All capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

1. The Motion is GRANTED.

2. The *Motion of Pilot Thomas Logistics, LLC to Consolidate Claim Objection with Adversary Proceeding* [Docket No. 140] (the "Motion to Consolidate") shall be heard on June 16th, 2020, at 1:30 (CT).

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

4. The hearing shall be held electronically. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page. Judge Rodriguez's web-page is located at: **https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez.** Parties are additionally instructed:

   a. to utilize the call-in instructions for hearings before Judge Rodriguez as reflected in the Court's Procedures § V; and
   b. for video appearances and witness testimony, parties are to utilize the join.me web-based application.

Signed: June 11, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge