IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-31585-11 |
| PEARL RESOURCES LLC | § | |
| | § | CASE NO. 20-31586-11 |
| PEARL RESOURCES OPERATING CO., LLC, | § | (Chapter 11) |
| | § | |
| | § | Joint Administration Requested |
| *Debtors.* | § | Under Case No. 20-31585-11 |
| | § | Judge Eduardo V. Rodriguez |

### AGREED ORDER GRANTING CHARGER SERVICES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

The Court has considered *Charger Services, LLC's Motion for Relief from Automatic Stay* (the "Motion"), filed by Charger Services, LLC ("Charger") against Pearl Resources LLC and Pearl Resources Operating Co., LLC (collectively, "Debtors"). The Court finds that: (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) cause exists for the entry of relief requested in the Motion pursuant to 28 U.S.C. § 352(d)(1); and (iv) proper and adequate notice of the hearing on the Motion has been given, and no other or further notice is necessary. Accordingly, **IT IS THEREFORE ORDERED** as follows:

1. The Motion is GRANTED and the automatic bankruptcy stay issued pursuant to 11 U.S.C. § 362 shall be lifted, effective July 13, 2020 on the terms contained herein**.**

2. As of July 13, 2020, the Eighth District Court of Appeals of El Paso, Texas shall hereby reinstate Cause No. 08-19-00096-CV; *Pearl Resources LLC and Pearl Resources Operating Co., LLC v. Charger Services, LLC* (the "Appeal") and shall render its opinion.

3. Charger and Debtors shall proceed with the prosecution and resolution of the Appeal as necessary and in accordance with any opinion issued by the Eighth District Court of Appeals.

4. Charger shall not enforce any judgment against Debtors arising from the Appeal outside of this bankruptcy proceeding, unless or until permitted to do so under applicable law, the debtor's bankruptcy plan, or order of the bankruptcy court, whichever occurs first.

5. Nothing in this Order is intended to or does prejudice or adjudicate any claims and/or causes of action Charger and Debtor may have against each other in any adversary proceeding arising from Debtors' bankruptcy estate and this bankruptcy proceeding.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE EDUARDO V. RODRIGUEZ

**AGREED AS TO FORM AND SUBSTANCE:**

**HAWASH CICACK & GASTON LLP**
3401 Allen Parkway, Suite 200
Houston, Texas 77019

By: _/s/ Walter J. Cicack*_____
    Walter J. Cicack
    Texas Bar No. 04250535
    wcicack@hcgllp.com
    *Attorney for Debtors*

* *signed with permission by Katherine L. Petroski*

**DAVIS GERALD & CREMER, PC**
400 W. Illinois Ave., Suite 1400
Midland, Texas 79701

By: __/s/ Katherine L. Petroski_____
    Katherine L. Petroski
    Texas Bar No. 24088218
    klpetroski@dgclaw.com
    *Attorney for Charger Services, LLC*