

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/02/2020

| | | |
|---|---|---|
| IN RE: | § § | |
| **PEARL RESOURCES LLC** | § § | **CASE NO. 20-31585-11** |
| **PEARL RESOURCES OPERATING CO. LLC** | § § § | **CASE NO. 20-31586-11** (Chapter 11) |
| *Debtors* | § § § § § § | **Jointly Administered Under Case No. 20-31585-11** **Judge Eduardo V. Rodriguez** |

### ORDER SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE PLAN AND FIXING DEADLINES FOR VOTING AND OBJECTIONS
[Docket Nos. 179 and 180]

The Court having received the Debtors' Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 on July 1, 2020, and having received and reviewed the Debtors' emergency request to schedule a hearing to consider Confirmation of the Plan and to fix deadlines for voting on the Plan and objecting to the Plan; hereby

ORDERS THAT:

1. A copy of this order and the proposed plan (the "Plan"), a ballot(s) and any supporting statements (collectively, the "Solicitation Package") shall be deposited in the mail to all known creditors and interest holders and parties-in-interest on or before **July 9, 2020.**

2. **August 6, 2020** at 12:00 noon (Houston Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be served by fax, electronic mail or hand delivery to Walter J. Cicack, Hawash Cicack & Gaston LLP, 3401 Allen Parkway, Suite 200, Houston, Texas 77019, Fax (713) 658-9015, e-mail wcicack@hcgllp.com, prior to the foregoing deadline in order to be counted. The form of ballot submitted by the Debtors is approved.

3. **August 6, 2020** at 12:00 noon (Houston Time) is the deadline for filing and serving written objections to confirmation of the Plan. Any objections must be filed with the Clerk of this Court and must be served by facsimile, electronic mail, mail or hand delivery on or before such date on Walter J. Cicack, Hawash Cicack & Gaston LLP, 3401 Allen Parkway, Suite 200, Houston, Texas 77019, Fax (713) 658-9015, e-mail wcicack@hcgllp.com.

2

4. The court will conduct an electronic hearing to consider confirmation of the plan on **August 13, 2020 at 9:00 a.m.**. (Houston Time).

Signed: July 02, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge