United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 20, 2022

Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PEARL RESOURCES LLC | § | CASE NO. 20-31585-11 |
| | § | |
| PEARL RESOURCES OPERATING CO. | § | CASE NO. 20-31586-11 |
| LLC | § | (Chapter 11) |
| | § | |
| *Debtors.* | § | Jointly Administered Under |
| | § | Case No. 20-31585-11 |
| | § | Judge Eduardo V. Rodriguez |

## ORDER ON DEBTORS' MOTION TO CLARIFY OR MODIFY CONFIRMATION ORDER TO RETAIN JURISDICTION OVER CLAIMS REGARDING CREDITOR TRANSCON CAPITAL, LLC AND PARSLEY ENERGY, INC., ET AL
*(Relates to ECF Nos. 194 and. 239)*

On this day came on to be considered Plaintiff Debtors' motion to clarify or modify confirmation order to retain jurisdiction over claims regarding Creditor Transcon Capital, LLC and Parsley Energy, Inc. et al., along with any responses and replies thereto, and the Court rules as follows:

With respect to Transcon's proof of claim (*Claim 2-1*) the Court:

1.  Vacates the Agreed Order Abating Debtors' Objection to Proof of Claim Filed by Transcon Capital, LLC (*ECF No. 194*);

2.  Modifies the Confirmation Order (*ECF No. 239*) to clarify that the Court retains jurisdiction over Transcon's proof of claim and related matters including Debtors' claim for attorney's fees; and

3.  Sets a status conference for August 22, 2022 9:00 a.m. via **gotomeeting electronic platform,** at which time the Court will set a schedule for briefing on the issue of whether Transcon's proof of claim

should be allowed or disallowed and for submission of attorney's fees to be awarded to Debtors, if any.

With respect to Cause No. DC-21-18041; *Pearl Resources LLC and Pearl Resources Operating Co. v. Pioneer Natural Resources Company, Parsley Energy, Inc., Parsley Energy, LLC and Parsley Operations, LLC*; in the 116th District Court of Dallas County, Texas (the "Parsley Lawsuit"), the Court:

1.      Modifies the Confirmation Order (*ECF No. 239*) to clarify that the Court retains jurisdiction over the Parsley Lawsuit subject to removal from state district court and transfer of that cause to the United States Bankruptcy Court for the Southern District of Texas.

2.      To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at 832-917-1510, conference room number 999276 and (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.  Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically.  One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

3.      Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4.      No later than July 22, 2022 Pearl Resources  must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

Signed:  July 20, 2022

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

APPROVED AS TO FORM AND ENTRY REQUESTED:


*/s/ Charlie Shelton*
Charlie Shelton
Texas State Bar No. 24079317
Hayward PLLC
901 S. Mopac Expy.
Bldg. 1, Ste. 300
Austin, Texas  78746
(713) 881-7100 (tel/fax)
Email:  cshelton@haywardfirm.com



*/s/ J. Beverly (with permission)*
J. Beverly
Texas State Bar No. 02277280
Ferguson Braswell Fraser Kubasta PC
3200 Southwest Freeway, Suite 3200
Houston, Texas  77027
Telephone:  713-403-4200
Facsimile:  713-403-4201
Email:  jb@fbfk.law

COUNSEL FOR DEBTORS