United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 07, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PEARL RESOURCES LLC, and** | § | **CASE NO. 20-31585** |
| **PEARL RESOURCES OPERATING CO.** | § | **CASE NO. 20-31586** |
| **LLC** | § | **(Chapter 11)** |
| | § | |
| *Debtors.* | § | **Jointly Administered Under** |
| | § | **CASE NO. 20-31585-11** |
| | § | **Judge Eduardo V. Rodriguez** |
| | § | **United States Bankruptcy Court** |
| | § | **Southern District of Texas** |
| | § | **Houston Division** |

**ORDER GRANTING TRANSCON CAPITAL, LLC'S MOTION FOR LEAVE
TO AMEND/FILE PROOF OF CLAIM**

CAME ON FOR CONSIDERATION Transcon's Motion for Leave to Amend/File Proof of Claim (the "Motion") and after considering same, the related filings, the evidence submitted, and the record developed at the hearing on the Motion, the Court FINDS that Motion is meritorious and should be GRANTED.

It is therefore ORDERED and ADJUDGED that Transcon is granted leave to amend:

(1) Its Proof of Claim, filed on April 2, 2020, such that its Proof of Claim will expressly name both Debtors and consequently apply against both Debtors;

(2) Its statement attached to its Proof of Claim itemizing interest, fees, expenses, or other charges as required by Bankruptcy Rule 3001(c)(2)(A);

(3) Part 2, Section 8 of its Proof of Claim such that the basis of the claim will be more particularly stated; and

(4) Part 2, Section 9 of its Proof of Claim such that Transcon's claim will now be reflected as a general unsecured claim.

It is further ORDERED and ADJUDGED that Transcon shall have until February 10, 2023 to amend its Proof of Claim as herein stated above; and

It is further ORDERED and ADJUDGED that Debtors shall have until February 24, 2023 to amend:

(1) Debtors' objections to Transcon's amended Proof of Claim; and

(2) Debtors' schedules to reflect its potential fraud claim against Transcon.

It is further ORDERED and ADJUDGED, in related adversary proceeding, Case No. 22-3297, Debtors' deadline to file an amended complaint shall be extended to February 24, 2023.

It is further ORDERED and ADJUDGED, in related adversary proceeding, Case No. 22-3297, Transcon shall have until March 10, 2023 to respond to Debtors' amended complaint.

Signed: February 07, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court

APPROVED AS TO FORM AND ENTRY REQUESTED:

**BIGBEE & CURTIS, LLP**
Attorneys at Law
P.O. Box 53068
Lubbock, TX 79453
806.319.8520 - Telephone
806.686.4038 – Facsimile
ryan@bigbeecurtislaw.com – E-Mail


By: /s/ *Ryan J. Bigbee*
Ryan J. Bigbee
SBN 24050292
***Attorney for CREDITOR TRANSCON CAPITAL, LLC***